# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAMSHID NORYIAN            (1)<br>  a.k.a JAMES NORYIAN<br>DEHSHID NOURIAN            (2)<br>  a.k.a DAVID NOURIAN<br>CHRISTOPHER RYDBERG   (3)<br>ASHRAF MOFID                  (4)<br>  a.k.a SHERRI MOFID<br>LEYLA NOURIAN                 (5)<br>MICHAEL TABA                  (7) | NO.  3:17-cr-00155-L |

## DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) EXHIBIT LIST

Defendant Jamshid "James" Noryian through undersigned counsel submits this exhibit list, pursuant to Rule 16.1 of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court. (ECF No. 289) Defendant Noryian adopts all government and co-defendant witness lists filed in this case and reserves the right to supplement or amend this list, subject to rulings of the Court.

| Number | Exhibit Description |
|---|---|
| 1 | Ability Pharmacy Board of Pharmacy Records |
| 2 | Industrial & Family Pharmacy Board of Pharmacy Records |
| 3 | Park Row Pharmacy Board of Pharmacy Records |
| 10 | Ability Pharmacy Secretary of State Records |
| 11 | Industrial & Family Pharmacy Secretary of State Records |
| 12 | Park Row Pharmacy Secretary of State Records |

| Number | Exhibit Description |
|:---:|:---:|
| 20 | Ability Pharmacy Financial Records |
| 21 | Industrial & Family Pharmacy Financial Records |
| 22 | Park Row Pharmacy Financial Records |
| 30 | Ability Pharmacy 2015 Tax Records |
| 31 | Ability Pharmacy 2016 Tax Records |
| 32 | Industrial & Family Pharmacy 2015 Tax Records |
| 33 | Industrial & Family Pharmacy 2016 Tax Records |
| 34 | Park Row Pharmacy 2015 Tax Records |
| 35 | Park Row Pharmacy 2016 Tax Records |
| 40 | Ace Queen Secretary of State Records |
| 41 | Ace King Secretary of State Records |
| 42 | Bandoola Pharmaceuticals Secretary of State Records |
| 43 | HJLM Holding Secretary of State Records |
| 44 | Jade and Joy Holding Secretary of State Records |
| 45 | Queen Shiva Secretary of State Records |
| 50 | Ace Queen Financial Records |
| 51 | Bandoola Pharmaceutical Financial Records |
| 52 | HJLM Holding Secretary of State Records |
| 53 | Jade and Joy Holding Secretary of State Records |
| 54 | Queen Shiva Secretary of State Records |
| 60 | Letter of Intent to Purchase |
| 61 | Letter of Intent to Purchase |
| 70 | Investment Offering |

| Number | Exhibit Description |
|:---:|:---:|
| 71 | Promissory Note with Personal Guarantee |
| 72 | Email with Floorplan for Hempill Location |
| 80 | Casa Manana Lease |
| 81 | Le Bijou Term Sheet |
| 90 | Curtis Wise Guaranty and Loan |
| 91 | Curtis Wise Promissory Note and Guaranty |
| 100 | Industrial & Family Pharmacy Purchase Agreement |
| 110 | Letter in the Matter of the Marriage of Patricia Ritter and Robert Ritter |

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

## ***CERTIFICATE OF SERVICE***

      I hereby certify this Motion was electronically filed, and Assistant United States Ethan Womble and Carlos Lopez was electronically served via this Court's Electronic Filing System on the day of filing.

/s/ _____
JEFF KEARNEY