IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>ASHRAF MOFID (04)<br>  a.k.a. SHERRI MOFID<br>LEYLA NOURIAN (05)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## THE UNITED STATES OF AMERICA'S EXHIBIT LIST

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
|  | **Health Care Benefit Program Records** | | | |
| A1 | Department of Labor Provider Enrollment Contract for Ability Pharmacy, Inc. | | | |
| A2 | Department of Labor Billing Data for Ability Pharmacy, Inc. | | | |
| A3 | CVS Caremark Provider Enrollment Contract for Ability Pharmacy, Inc. | | | |
| A4 | CVS Caremark Provider Enrollment Contract for Industrial and Family, LLC | | | |
| A5 | Blue Cross Blue Shield Billing Data for Ability Pharmacy Inc. and Industrial and Family Pharmacy, LLC | | | |
| A6 | Department of Labor Provider Enrollment Contract for Industrial and Family Pharmacy, LLC | | | |
| A7 | Department of Labor Billing Data for Industrial and Family Pharmacy, LLC | | | |
| A8 | Department of Labor Provider Enrollment Contract for Park Row Pharmacy, LLC | | | |
| A9 | Department of Labor Billing Data for Park Row Pharmacy, LLC | | | |
| A10 | CVS Caremark Provider Enrollment Contract for Park Row Pharmacy, LLC | | | |
| A11 | Blue Cross Blue Shield Billing Data for Park Row Pharmacy, LLC | | | |

The United States of America's Exhibit List—Page 1

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| A12 | Department of Labor Provider Enrollment Contract and EFT for Michael Taba, M.D. | | | |
| A13 | Department of Labor Provider Enrollment Contract for Kevin Williams, M.D. | | | |
| A14 | Department of Labor Provider Enrollment Contract for Leslie Benson M.D. | | | |
| A15 | Department of Labor Remittance Voucher No. 364963 | | | |
| A16 | Department of Labor Remittance Voucher No. 382843 | | | |
| A17 | Department of Labor Remittance Voucher No. 428442 | | | |
| A18 | Department of Labor Remittance EOB Check #0070001010 | | | |
| A19 | Department of Labor Remittance EOB Check #0080010275 | | | |
| A20 | Department of Labor Remittance Voucher No. 445537 | | | |
| A21 | Department of Labor Remittance Voucher No. 676500 | | | |
| A22 | Department of Labor Remittance Voucher No. 694582 | | | |
| A23 | Department of Labor Remittance Voucher No. 712383 | | | |
| A24 | Department of Labor Remittance Voucher No. 730903 | | | |
| A25 | Department of Labor Remittance Voucher No. 748947 | | | |
| A26 | Department of Labor Remittance Voucher No. 189962 | | | |
| A27 | Department of Labor Remittance Voucher No. 186260 | | | |
| A28 | BCBS Small Group Business Proposal for Ability Pharmacy | | | |
| A29 | BCBS Employee Enrollment Apps for Ability Pharmacy | | | |
| A30 | BCBS Employer Enrollment Apps for Ability Pharmacy | | | |
| A31 | DOL Ability, IFP, and Park Row Third Party Billers | | | |
| A32 | Prime Therapeutics - ABILITY PHARMACY INC | | | |
| A33 | Prime Therapeutics - PARK ROW PHARMACY | | | |
| A34 | CVS Caremark Provider Manual - 2014 | | | |
| A35 | CVS Caremark Amendment to Provider Manual - Nov-July 2014 | | | |
| A36 | CVS Caremark Provider Manual - 2016 | | | |
| A37 | Prime Therapeutics - Pharmacy Provider Manual - Q1 2015 | | | |
| A38 | Prime Therapeutics - Pharmacy Provider Manual - Q3 2015 | | | |
| A39 | Prime Therapeutics Provider Manual - 2015 | | | |
| A40 | Optum Records | | | |
| | **Count 2 – M.M.** | | | |
| B1 | Prescriptions for M.M. | | | |
| B2 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| B3 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| | **Count 3 – A.G.** | | | |
| C1 | Prescriptions for A.G. | | | |
| C2 | Blue Cross Blue Shield Billing Data Excerpt for A.G. | | | |
| C3 | Blue Cross Blue Shield Billing Data Excerpt for A.G. | | | |
| | **Count 4 – R.M.** | | | |
| D1 | Prescriptions for R.M. | | | |
| D2 | Blue Cross Blue Shield Billing Data Excerpt for R.M. | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| D3 | Blue Cross Blue Shield Billing Data Excerpt for R.M. | | | |
| **Count 5 – M.C.** | | | | |
| E1 | Prescriptions for M.C. | | | |
| E2 | Benson Patient File for M.C. | | | |
| E3 | Department of Labor Claims Data Excerpt for M.C. | | | |
| E4 | Department of Labor Claims Data Excerpt for M.C. | | | |
| **Count 6 – L.S.** | | | | |
| F1 | Prescriptions for L.S. | | | |
| F2 | Benson Patient File for L.S. (Lumbar) | | | |
| F3 | Benson Patient File for L.S. (Knee) | | | |
| F4 | Department of Labor Claims Data Excerpt for L.S. | | | |
| F5 | Department of Labor Claims Data Excerpt for L.S. | | | |
| **Count 7 – R.C.** | | | | |
| G1 | Prescriptions for R.C. | | | |
| G2 | Taba Patient File for R.C. | | | |
| G3 | Department of Labor Claims Data Excerpt for R.C. | | | |
| G4 | Department of Labor Claims Data Excerpt for R.C. | | | |
| **Count 8 – L.B.** | | | | |
| H1 | Prescriptions for L.B. | | | |
| H2 | Taba Patient File for L.B. | | | |
| H3 | Department of Labor Claims Data Excerpt for L.B. | | | |
| H4 | Department of Labor Claims Data Excerpt for L.B. | | | |
| **Count 9 – J.A.** | | | | |
| I1 | Prescriptions for J.A. | | | |
| I2 | Taba Patient File for J.A. | | | |
| I3 | Department of Labor Claims Data Excerpt for J.A. | | | |
| I4 | Department of Labor Claims Data Excerpt for J.A. | | | |
| **Business Records** | | | | |
| J1 | Blank Prescriptions for Kevin Williams (Site 1) | | | |
| J2 | Kevin Williams Promissory Notes | | | |
| J3 | Michael Taba Promissory Note | | | |
| J4 | Handwritten Notes Regarding Leslie Benson and Michael Taba Scar Gel | | | |
| J5 | Handwritten Notes Regarding Michael Taba and Jamshid Noryian Phone Numbers (Site 1) | | | |
| J6 | Notes Regarding Bandoola Expenses and Income (Site 4) | | | |
| J7 | Article Regarding North Texas Compounding Investigation (Site 1) | | | |
| J8 | Benson Patients Sent in on December 23, 2014 (Site 2) | | | |
| J9 | Email Regarding Benson Referrals April 1-Oct 16 (Site 4) | | | |
| J10 | Notes Regarding Patients James Brought In (Site2) | | | |
| J11 | Ability Blank Prescriptions (Site 4) | | | |
| J12 | Blank Prescriptions (Site 3) | | | |
| J13 | List of Benson Temple Patients (Site 2) | | | |
| J14 | Taba Surgery Schedule Referrals December 3, 2014 (Site 2) | | | |
| J15 | Report of Taba Claims June 6, 2014 (Site 1) | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| J16 | Report of Benson Fort Worth Claims July 1- 31, 2014 (Site 5) | | | |
| J17 | Handwritten Notes Regarding Contacting Patients (Site 1) | | | |
| J18 | Medicare Fraud Training (Site 1) | | | |
| J19 | Doctor Report June 2015 (Site 5) | | | |
| J20 | Report of Kevin Williams Claims March 2015 (Site 2) | | | |
| J21 | Report of Michael Taba Claims February 2015 (Site 2) | | | |
| J22 | Judy Bachman Bandoola Bonus Letter (Site4) | | | |
| J23 | Records Regarding HJLM Holding, LLC v. Magnum Surgical Products, LLC | | | |
| J24 | Ability Blank Prescription Forms (Site 2) | | | |
| J25 | Blank Prescription Form (Site 1) | | | |
| J26 | Report of Michael Taba Claims May-June 2014 (Site 2) | | | |
| J27 | Kevin Williams Commission Report February 2015 (Site 2) | | | |
| J28 | Notes on Insurance (Site 5) | | | |
| J29 | Notes on Compound Medication Ingredients (Site 1) | | | |
| J30 | Notes on Calling on Refills (Site 1) | | | |
| J31 | Letter of Intent to Michael Taba Re Lease of 411 N General Bruce | | | |
| J32 | Script for Insurance Information (Site 5) | | | |
| J33 | Michael Taba Department of Labor Patient List (Site 4) | | | |
| J34 | Handwritten Notes Regarding Purpose of Each Pharmacy (Site 4) | | | |
| J35 | Handwritten Notes Regarding Patients of Michael Taba and Leslie Benson (Site 5) | | | |
| J36 | Notes Regarding Holding Companies and Properties (Site 5) | | | |
| J37 | Notes Regarding Revenue by Doctor (Site 5) | | | |
| J38 | Fax from Leslie Benson's Office Regarding Cream Scripts (Site 2) | | | |
| J39 | Handwritten Notes Regarding Jamshid Noryian by L.M. | | | |
| J40 | Letter to James Noryian from M.M. (Site 4) | | | |
| J41 | Letter to James Noryian from A.G. (Site 4) | | | |
| J42 | Letter to James Noryian from R.M. (Site 4) | | | |
| J43 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 5) | | | |
| J44 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 2) | | | |
| J45 | Prescription by Dr. M.H. for Deshid Nourian (Site 4) | | | |
| J46 | Envelope Addressed to Sherri Mofid (Site 2) | | | |
| J47 | List of Expenses (Site 5) | | | |
| J48 | Revenue by Doctor (Site 5) | | | |
| J49 | Checks to Suppliers (Site 2) | | | |
| J50 | Dr. Taba Prescriptions PART 1 of 3 | | | |
| J51 | Dr. Taba Prescriptions PART 2 of 3 | | | |
| J52 | Dr. Taba Prescriptions PART 3 of 3 | | | |
| J53 | Williams Prescriptions | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| J54 | Benson Prescriptions | | | |
| J55 | Commission Report (Site 2) | | | |
| J56 | Commission Report (Site 5) | | | |
| J57 | Benson Blank Prescription | | | |
| J58 | Williams Signed Prescription | | | |
| J59 | Aguilar Prescriptions | | | |
| **Text Messages** | | | | |
| K1 | April 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | | |
| K2 | May 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | | |
| K3 | September 2015 Text Messages between Kimberly McCoy and Megan Marines | | | |
| K4 | January 2016 Text Messages between Kimberly McCoy and Hump Vangieson | | | |
| K5 | March 2016 Text Messages between Kevin Williams and Christopher Rydberg | | | |
| **Emails** | | | | |
| L1 | Email Regarding Shuttle to Cowboys Game | | | |
| L2 | Email Regarding New Clinic for Dr. Benson | | | |
| L3 | Email to Mike Benson Regarding Documents from Jamshid Noryian | | | |
| L4 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | | | |
| L5 | Email form Melissa Driver Regarding No More Refills on Patient | | | |
| L6 | Email form Amoret Guadian to Melissa Driver Regarding Patient Complaint- Frair | | | |
| L7 | Email from Melissa Driver Regarding Denied Patients | | | |
| L8 | Email from Amoret Guadian to Melissa Driver Regarding Updated List of Patients We Can't Fill | | | |
| L9 | Email from Mike Benson to Kimberly McCoy Regarding Script Pad | | | |
| L10 | Email from Christopher Rydberg Regarding Magnum Surgical Products | | | |
| L11 | Email form Melissa Driver to Amoret Guadian Regarding Decrease in Medications | | | |
| L12 | Email from Amoret Guadian to Melissa Driver Regarding Helping at Dr. Taba Practice | | | |
| L13 | Email from Amoret Guadian to Melissa Driver Regarding 3 Department of Labor Patients | | | |
| L14 | Email from Amoret Guadian to Melissa Driver Regarding Dr. Taba Patients on Multivitamin | | | |
| L15 | Email from Melissa Driver to Amoret Guadian Regarding Refill Scripts | | | |
| L16 | Email from Megan Marines to Melissa Driver Regarding Dr. Taba Surgery Patients | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| L17 | Email from Amoret Guadian to Melissa Driver Regarding Patient R.S. | | | |
| L18 | Email from Melissa Driver to Amoret Guadian Regarding Patient J.T. | | | |
| L19 | Email from Melissa Driver to Amoret Guadian Regarding Patients – No Supplements | | | |
| L20 | Email from Michael Taba to Counsel | | | |
| L21 | Email from Kimberly McCoy to Laura Worth Regarding House Walkthrough | | | |
| **Financial Records** | | | | |
| M1 | Wells Fargo Account Ending in 6919 held in the name of Sherri Mofid | | | |
| M1-A | Signature Card for Wells Fargo Account Ending in 6919 | | | |
| M1-B | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 | | | |
| M1-C | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 | | | |
| M1-D | September 8, 2014 Cashier's Check Sherri Mofid to Michael Taba for $90,000 | | | |
| M2 | Chase Account Ending in 5614 held in the name of Michael Taba | | | |
| M2-A | Deposit Slip for $100,000 to Chase Account Ending in 5614 | | | |
| M2-B | Deposit Slip for $90,000 to Chase Account Ending in 5614 | | | |
| M2-C | Deposit Slip for $10,000 to Chase Account Ending in 5614 | | | |
| M2-D | Deposit Slip for $150,000 to Chase Account Ending in 5614 | | | |
| M2-E | Deposit Slip for $70,000 to Chase Account Ending in 5614 | | | |
| M2-F | Deposit Slip for $136,600 to Chase Account Ending in 5614 | | | |
| M2-G | Deposit Slip for $258,000 to Chase Account Ending in 5614 | | | |
| M2-H | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 | | | |
| M2-I | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 | | | |
| M3 | Chase Account Ending in 2338 held in the name of Michael Taba | | | |
| M3-A | Signature Card for Chase Account Ending in 2338 | | | |
| M4 | Wells Fargo Account Ending in 9217 Held in the Name of Christopher J. Rydberg | | | |
| M4-A | Signature Card for Wells Fargo Account Ending in 9217 | | | |
| M4-B | October 15, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $150,000 | | | |
| M4-C | July 8, 2015 Cashier's Check from Christopher Rydberg to Magnum Surgical Products (Kevin Williams) for $279,000 | | | |
| M5 | Wells Fargo Account 7909 Held in the Name of Restaurant & Associates, Inc. | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| M5-A | Signature Card for Wells Fargo Account Ending in 7909 | | | |
| M5-B | November 17, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $70,000 | | | |
| M6 | Wells Fargo Account Ending in 8897 Held in the Name of Bandoola Pharmaceutical, LLC | | | |
| M6-A | Signature Card for Wells Fargo Account Ending in 8897 | | | |
| M6-B | Withdrawal Slip for $136,630 from Wells Fargo Account Ending in 8897 | | | |
| M6-C | February 16, 2016 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $125,000 | | | |
| M6-D | Withdrawal Slip for $381,000 from Wells Fargo Account Ending in 8897 | | | |
| M6-E | Withdrawal Slip for $560,000 from Wells Fargo Account Ending in 8897 | | | |
| M6-F | September 21, 2015 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $219,000 | | | |
| M6-G | Withdrawal Slip for $309,010 from Wells Fargo Account Ending in 8897 | | | |
| M6-H | April 22, 2015 Check to Nicolas Aguilar for $10,000 | | | |
| M6-I | December 2, 2015 Check to Nicolas Aguilar for $10,000 | | | |
| M7 | Chase Account Ending in 6653 Held in the Name of Dr. Leyla Nourian | | | |
| M7-A | Signature Card for Chase Account Ending in 6653 | | | |
| M7-B | Withdrawal Slip for $108,000 from Chase Account Ending in 6653 | | | |
| M8 | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams | | | |
| M8-A | Signature Card for Ennis State Bank Account Ending in 7903 | | | |
| M8-B | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 | | | |
| M8-C | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 | | | |
| M8-D | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 | | | |
| M9 | Wells Fargo Account Ending in 3119 Held in the Name of HJLM, LLC | | | |
| M9-A | February 2, 2016 Check from HJLM Holding LLC to Lee Diehl for $2,000 | | | |
| M9-B | December 29, 2015 Check from HJLM Holding LLC to David McDonald for "Draw on Taba Job" for $3,000 | | | |
| M9-C | January 26, 2016 Check from HJLM Holding LLC to David McDonald for "Taba Job" for $5,300 | | | |
| M9-D | December 17, 2015 Check from HJLM Holding LLC to Jimmy Eaves for "Draw on Taba Job" for $5,000 | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| M10 | Wells Fargo Account Ending in 0302 held in the name of Industrial & Family Pharmacy | | | |
| M10-A | Signature Card for Wells Fargo Account Ending in 0302 | | | |
| M10-B | December 1-December 15, 2015 Statement for Wells Fargo Account Ending in 0302 | | | |
| M10-C | January 1-January 31, 2016 Statement for Wells Fargo Account Ending in 0302 | | | |
| M11 | JP Morgan Chase Account Ending in 9863 held in the name of Industrial & Family Pharmacy | | | |
| M11-A | Signature card for JP Morgan Chase Account Ending in 9863 | | | |
| M11-B | January 19-29, 2016 Statement for JP Morgan Chase Account Ending in 9863 | | | |
| M12 | JP Morgan Chase Account Ending in 3462 held in the name of Jade and Joy, LLC | | | |
| M12-A | Signature card for JP Morgan Chase Account Ending in 3462 | | | |
| M12-B | January 1-29, 2016 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-C | May 1-29, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-D | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-E | October 30-November 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-F | May 30-June 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M12-G | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 3462 | | | |
| M13 | Scottrade Investment Account Ending in 1793 held in the Name of Sherri Mofid | | | |
| M13-A | Signature card for Scottrade Account Ending in 1793 | | | |
| M13-B | January 1-January 31, 2016 Statement for Scottrade Account Ending in 1793 | | | |
| M14 | Prosperity Bank Account Ending in 9542 held in the name of Ability Pharmacy, Inc. | | | |
| M14-A | Signature card for Prosperity Bank Account Ending in 9542 | | | |
| M14-B | Excerpt from January 31, 2016 Statement for Prosperity Bank Account Ending in 9542 | | | |
| M14-C | Excerpt from October 31, 2015 Statement for Prosperity Bank Account Ending in 9542 | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| M14-D | Excerpt from November 30, 2015 Statement for Prosperity Bank Account Ending in 9542 | | | |
| M15 | JP Morgan Chase Bank Account Ending in 2280 held in the Name of Ability Pharmacy, Inc. | | | |
| M15-A | Signature card for JP Morgan Chase Bank Account Ending in 2280 | | | |
| M15-B | January 1-January 29, 2016 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| M15-C | May 1-May 29, 2015 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| M15-D | October 1-30, 2015 Statement for JP Morgan Chase Bank Account Ending in 2280 | | | |
| M15-E | October 31-November 30, 2015 Statement for JP Morgan Bank Account Ending in 2280 | | | |
| M15-F | September 1-30, 2015 Statement for JP Morgan Bank Account Ending in 2280 | | | |
| M16 | Wells Fargo Bank Account Ending in 6032 held in the name of Dehshid Nourian | | | |
| M16-A | Signature card for Wells Fargo Account Ending in 6032 | | | |
| M16-B | January 1-31, 2016 Statement for Wells Fargo Account Ending in 6032 | | | |
| M17 | Prosperity Bank Account Ending in 6341 held in the name of Ability Pharmacy, Inc. | | | |
| M17-A | Signature card for Prosperity Bank Account Ending in 6341 | | | |
| M17-B | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 | | | |
| M17-C | Excerpt from May 31, 2015 Statement for Prosperity Bank Account Ending in 6341 | | | |
| M18 | Bank of America Account Ending in 5271 held in the name of Ability Pharmacy, Inc. | | | |
| M18-A | Signature card for Bank of America Account Ending in 5271 | | | |
| M18-B | October 1-31, 2015 Statement for Bank of America Account Ending in 5271 | | | |
| M19 | Bancorp South Account Ending in 5371 held in the name of Bandoola Pharmacy | | | |
| M19-A | Signature card for Bancorp South Account Ending in 5371 | | | |
| M19-B | July 21, 2015 Statement for Bancorp South Account Ending in 5371 | | | |
| M19-C | September 30, 2015 Statement for Bancorp South Account Ending in 5371 | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| M19-D | November 30, 2015 Statement for Bancorp South Account Ending in 5371 | | | |
| M20 | JP Morgan Chase Account Ending in 7273 held in the name of Jade and Joy, LLC | | | |
| M20-A | Signature card for JP Morgan Chase Account Ending in 7273 | | | |
| M20-B | June 12-30, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | | |
| M20-C | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 7273 | | | |
| M21 | TD Ameritrade Account Ending in 8494 held in the name of Dehshid Nourian | | | |
| M21-A | Signature card for TD Ameritrade Account Ending in 8494 | | | |
| M21-B | January 2016 Statement for TD Ameritrade Account Ending in 8494 | | | |
| M22 | JPMC account ending in 0481 held in the name of Sherri Mofid | | | |
| M23 | BBVA Compass Acct 4076 - Park Row Pharmacy (C Rydberg) | | | |
| M24 | JPMChase Acct 1940 - Nourian Dental (L Nourian) | | | |
| M25 | JPMChase Acct 3691 - Ability Pharmacy (D Nourian and C Rydberg) | | | |
| M26 | Wells Fargo Acct 2629 - Park Row (C Rydberg and A Khavarmanesh) | | | |
| M27 | Wells Fargo Acct 3649 - Sherri Mofid | | | |
| M28 | JPMChase Acct 9472 - Michael Taba | | | |
| M29 | Scottrade Acct 1792 - Sherri Mofid | | | |
| M30 | Scottrade Acct 7680 - Dehshid Nourian | | | |
| M31 | TD Ameritrade Acct 3760 - Sherri Mofid | | | |
| M32 | Churchill Mgmt - Records (S Mofid and D Nourian) | | | |
| M32-A | Churchill Mgmt CRM Notes | | | |
| M33 | JPMChase Acct 4105 - Michael Taba | | | |
| | Photographs | | | |
| N1 | Photo: Feds Investigate Fort Worth Based Firm (Site1) | | | |
| N2 | Photo: Report of Michael Taba Claims November 2014 | | | |
| N3 | Photo:  Ability Pharmacy (Exterior) | | | |
| N4 | Photo:  Ability Pharmacy (Interior) | | | |
| N5 | Photo:  Industrial Pharmacy (Exterior) | | | |
| N6 | Photo:  Industrial Pharmacy (Interior) | | | |
| N7 | Photo:  Park Row Pharmacy (Exterior) | | | |
| N8 | Photo:  Park Row Pharmacy (Interior) | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| N9 | Photo: Ability Pharmacy Rx Ending 057-00 (Blue Bottle) for L.S. | | | |
| N10 | Photo: Ability Pharmacy Rx Ending 436-00 (White Cap/Tan Bottle) for L.S. | | | |
| N11 | Photo: Ability Pharmacy (Bottles on Microwave) for L.S. | | | |
| N12 | Photo: Ability Pharmacy and Industrial & Family (Blue and Clear/White Bottles) for R.C. | | | |
| N13 | Photo: Louis Vuitton Handbag | | | |
| N14 | Photo: BMW | | | |
| N15 | Photos: Property | | | |
| **Secretary of State Records** | | | | |
| O1 | Ability Secretary of State Filings | | | |
| O2 | Industrial and Family Secretary of State Filings | | | |
| O3 | Park Row Pharmacy Secretary of State Filings | | | |
| O4 | Bandoola Secretary of State Filings | | | |
| O5 | HJLM Holding LLC Secretary of State Filings | | | |
| O6 | Queen Shiva LLC Secretary of State Filings | | | |
| O7 | Ace Queen LLC Secretary of State Filings | | | |
| O8 | Ace King LLC Secretary of State Filings | | | |
| O9 | Michael Taba M.D. Secretary of State Filings | | | |
| O10 | Magnum Surgical Products LLC Secretary of State Filings | | | |
| O11 | Jade and Joy LLC Secretary of State Filings | | | |
| O12 | Benson Injury Clinic P.A. Secretary of State Filings | | | |
| **Tax Records** | | | | |
| P1 | Ability Pharmacy 2015 Form 1120S | | | |
| P2 | Ability 2015 Transcript of Account | | | |
| P3 | Industrial & Family Pharmacy 2015 Form 1120S | | | |
| P4 | Industrial & Family 2015 Transcript of Account | | | |
| P5 | Industrial & Family Pharmacy 2016 Form 1120S Lack of Records | | | |
| P6 | Park Row Pharmacy 2015 Form 1120S | | | |
| P7 | Park Row 2015 Transcript of Account | | | |
| P8 | Dehshid Nourian 2015 Form 1040 | | | |
| P9 | Dehshid Nourian 2015 Transcript of Account | | | |
| P10 | Dehshid Nourian 2016 Form 1040 | | | |
| P11 | Dehshid Nourian 2016 Transcript of Account | | | |
| P12 | Ali Khavaramanesh 2015 Form 1040 | | | |
| P13 | Ali Khavaramanesh 2015 Transcript of Account | | | |
| P14 | Robert Ritter 2015 Form 1040 | | | |
| P15 | Robert Ritter 2015 Transcript of Account | | | |
| P16 | Julie Ritter 2015 Form 1040 | | | |
| P17 | Julie Ritter 2015 Transcript of Account | | | |
| P18 | Bandoola 2015 Form 1065 | | | |

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| P19 | Bandoola 2015 Transcript of Account | | | |
| P20 | Bandoola 2016 Form 1065 | | | |
| P21 | Bandoola 2016 Transcript of Account | | | |
| P22 | HJLM 2015 Form 1065 | | | |
| P23 | HJLM 2015 Transcript of Account | | | |
| P24 | HJLM 2016 Form 1065 | | | |
| P25 | HJLM 2016 Transcript of Account | | | |
| P26 | Jade and Joy 2015 Form 1065 | | | |
| P27 | Jade and Joy 2015 Transcript of Account | | | |
| P28 | Jade and Joy 2016 Form 1065 | | | |
| P29 | Jade and Joy 2016 Transcript of Account | | | |
| P30 | Christopher Rydberg 2015 Form 1040 | | | |
| P31 | Christopher Rydberg 2015 Transcript of Account | | | |
| P32 | Jamshid Noryian Form 1040 for 2015 & Transcript of Account Lack of Records | | | |
| P33 | Ability 2016 Form 1120S | | | |
| P34 | Ability 2016 Transcript of Account | | | |
| P35 | Park Row 2016 Form 1120S | | | |
| P36 | Park Row 2016 Transcript of Account | | | |
| P37 | Dehshid & A Pirnajmeddin Nourian 2015 Form 4549 | | | |
| P38 | Ali & Mastaneh Sarra Khavaramanesh 2015 Form 4549 | | | |
| P39 | Robert Ritter 2015 Form 4549 | | | |
| P40 | Julie Ritter 2015 Form 4549 | | | |
| P41 | 2015 General Ledger for Industrial & Family Pharmacy | | | |
| P42 | 2016 General Ledger for Industrial & Family Pharmacy | | | |
| P43 | 2015 General Ledger for Park Row Pharmacy | | | |
| P44 | 2016 General Ledger for Park Row Pharmacy | | | |
| P45 | Park Row 2015 BBVA Compass and Wells Fargo bank records 2015 | | | |
| P46 | 2015 Industrial & Family Pharmacy – Signature Form – Form 8879-S | | | |
| P47 | 2016 Industrial & Family Pharmacy – Signature Form – Form 8879-S | | | |
| P48 | 2015 Park Row Pharmacy – Signature Form – Form 8879-S | | | |
| P49 | 2016 Park Row Pharmacy – Signature Form – Form 8879-S | | | |
| P50 | 2015 General Ledger for Ability Pharmacy | | | |
| P51 | Transaction Logs for 8 Cashier's Checks from Bank of America Account Ending in 5271 | | | |
| P52 | Dehshid Nourian Form 1040 2015 | | | |
| P53 | Dehshid Nourian Form 1040 2016 | | | |
| P54 | 2015 Dehshid Nourian – Signature Page – Form 8879 | | | |

**The United States of America's Exhibit List—Page 12**

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| P55 | 2016 Dehshid Nourian – Signature Page – Form 8879 | | | |
| P56 | Chase 2015_Expenses | | | |
| **Recordings** | | | | |
| Q1 | Recorded Conversation – James Noryian and Jared Haggard 10.05.15 | | | |
| Q1-A | Transcript of Recoded Call – J. Noryian and J. Haggard 10.05.15 | | | |
| Q1-B | Subtitled Recording – D. Nourian and J. Byrum 01.26.16 | | | |
| Q2 | Recorded Conversation – Deshid Nourian and Jeff Byrum 01.26.16 | | | |
| Q2-A | Transcript of Recoded Call – D. Nourian and J. Byrum 01.26.16 | | | |
| Q2-B | Subtitled Recording – J. Noryian and J. Haggard 10.05.15 | | | |
| Q3 | Recorded Conversation – James Noryian and Rey Moreno 06.28.16 | | | |
| Q3-A | Transcript of Recorded Call – J. Noryian and R. Moreno 06.28.16 | | | |
| Q3-B | Subtitled Recording – J. Noryian and R. Moreno 06.25.16 | | | |
| **Mail Records** | | | | |
| R1 | Mailbox Service Agreement Signed by Leyla Nourian | | | |
| **Summary Charts** | | | | |
| S1 | DOL Claims Data Combined | | | |
| S1A | DOL Totals – Ability Pharmacy | | | |
| S1B | DOL Prescriptions Over Time – Ability Pharmacy | | | |
| S1C | DOL Totals – Industrial & Family Pharmacy | | | |
| S1D | DOL Prescriptions Over Time – Industrial & Family | | | |
| S1E | DOL Totals – Park Row Pharmacy | | | |
| S1F | DOL Prescriptions Over Time – Park Row Pharmacy | | | |
| S1G | DOL Claims Submitted Through Third-Party Billers | | | |
| S1H | DOL Total Billed for Every Pharmacy | | | |
| S1I | DOL Total Paid to Every Pharmacy | | | |
| S2 | Money Laundering Combined | | | |
| S2A | Count 11 Wire Transfer | | | |
| S2B | Count 11 Cashier's Checks | | | |
| S2C | Count 12 Online Transfer | | | |
| S2D | Count 12 Wire Transfer | | | |
| S2E | Counts 11–13 Transfer | | | |
| S2F | Count 14 Wire Transfer | | | |
| S2G | Count 14 Cashier's Checks | | | |
| S2H | Count 15 Online Transfer | | | |
| S2I | Count 16 Wire Transfer | | | |

**The United States of America's Exhibit List—Page 13**

| GX | DESCRIPTION | OFFER | DATE ADMIT | N/ADM |
|---|---|---|---|---|
| S2J | Cashier's Checks | | | |
| S2K | Counts 14–16 Transfer | | | |
| S2L | Direct Payments to Michael Taba | | | |
| S2M | Indirect Payments to Michael Taba | | | |
| S2N | Assets Purchased | | | |
| S2O | Payments to Kevin Williams | | | |
| S3 | BCBS Claims Data Summary - Ability Pharmacy - All Claims | | | |
| S4 | BCBS Claims Data Summary - Ability Pharmacy - Employee Benes | | | |
| S5 | Reported vs Actual Expenses | | | |
| S6 | Cashier's Check 7 Example | | | |
| S7 | Cashier's Check 76 Example | | | |
| S8 | Cashier's Check 137 138 Example | | | |
| S9 | Cashier's Check 183 184 185 Example | | | |
| S10 | Cashier's Check 205 Example | | | |
| S11 | Cashier's Checks Purchased and Expensed | | | |
| **Physical Exhibits** | | | | |
| T1 | Prescription Pain Cream Medication Tube | | | |
| T2 | Prescription Vitamins Bottles | | | |
| T3 | Louis Vuitton Handbag | | | |

(continued on the next page)

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

GLEN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
Texas Bar No. 24102757
(202) 674-5653
ethan.womble@usdoj.gov

CARLOS A. LÓPEZ
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
New York Bar No. 4256244
(202) 875-9038
carlos.lopez@usdoj.gov

KELLY LYONS
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
New York Bar No. 5429113
(202) 923-6451
kelly.m.lyons@usdoj.gov