UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-00155-L |
| | § | |
| JAMSHID NORYIAN (01) | § | |
| DEHSHID NOURIAN (02) | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| MICHAEL TABA (04) | | |

### ORDER

One of the participants in this case has a medical emergency. The medical emergency requires **immediate medical attention**. Accordingly, there will be no trial in this case this week—Tuesday through Friday. The court will inform all trial participants when the trial will resume. The court apologizes for the delay; however, it is unavoidable and necessary, as no one could have predicted the medical emergency.

**It is so ordered** this 31st day of October, 2022.

Sam A. Lindsay
United States District Judge

Order – Solo page