UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:17-CR-155-L |
| | § | |
| JAMSHID NORYIAN (01) | § | |
| DEHSHID NOURIAN (02) | § | |
| CHRISTOPHER RYDBERG (03) | § | |
| MICHAEL TABA (07) | | |

**ORDER**

Before the court is Defendant Michael Taba's Motion for Leave to File Defendant Taba's Amended Motion for Continuance of Trial and Pretrial Materials Deadlines ("Motion") (Doc. 543), filed August 8, 2023.* The court **grants** the Motion. The clerk of court is **directed** to place the attached Amended Motion for Continuance of Trial and Pretrial Materials Deadlines ("Amended Motion") on the docket forthwith. By granting this Motion, the court expresses no opinion on the merits of the substantive, underlying Amended Motion for Continuance.

All parties who are opposed to the Amended Motion for Continuance must file a response by **5:00 p.m., August 16, 2023**. *No response may exceed seven pages.*

**It is so ordered** this 8th day of August, 2023.

Sam A. Lindsay
United States District Judge

---

*Defendant Taba initially filed a Motion for Leave (Doc. 542), on August 7, 2023; however, defense counsel has indicated to the court's court coordinator that this motion will be withdrawn.

Order – Solo page

Order – Solo page