IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>   a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>   a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

# THE UNITED STATES OF AMERICA'S WITNESS LIST

Pursuant to the Court's order of July 21, 2023 (Dkt. No. 540), the United States of America files this Witness List in advance of the September 11, 2023 trial in this matter.

| Witness | Status |
|---|---|
| Mahtab Abghari | Possible |
| Jo Adkins-Grisby | Probable |
| Nicolas Aguilar | Probable |
| Jamie Allen (formerly Diaz) | Probable |
| Matt Arber | Possible |
| Tiffany Bonacorsi | Possible |
| Linda Burks | Probable |
| Mark Burrell | Probable |
| Jeff Byrum | Probable/Records Custodian |
| Glory Chaw | Probable/Records Custodian |

**The United States of America's Witness List—Page 1**

| | |
|---|---|
| Rhonda Clark | Probable |
| Randy Conner | Possible/Records Custodian |
| Elliot Cook | Possible/Records Custodian |
| Melissa Driver (formerly St. Clair) | Probable |
| John Duckworth | Possible |
| Angela Ertle | Probable |
| Craig Fenton | Possible |
| Amoret Guadian | Possible |
| Jared Haggard | Probable/Records Custodian |
| Marjaneh Hedayat | Probable |
| Roman Hernandez | Possible/Records Custodian |
| LaTisha R. Hough | Possible/Records Custodian |
| Mohammed Imtiyazuddin | Probable |
| John Jackson | Probable |
| Xavier Jimenez | Expert |
| Robbie Jossa | Probable |
| Alexis Lara | Probable/Records Custodian |
| Hamid Latifi | Probable |
| Adam Little | Probable |
| Emma Manov | Probable |

**The United States of America's Witness List—Page 2**

| | |
|---|---|
| Megan Marines | Probable |
| Thomas McJunkins | Possible |
| Matthew Meece | Possible |
| Mary Mitchell (formerly Carpenter) | Probable |
| Reynaldo Moreno | Possible |
| Latosha Morgan | Probable |
| Kimberly Necessary (formerly McCoy) | Probable |
| Kristina Picard (formerly Frank) | Probable |
| Melissa Pierce (formerly Pettit) | Probable |
| Manuel Rodriguez | Possible |
| Laraine Scully | Probable |
| Amber Sepulveda (formerly Bass) | Possible |
| Jennifer Thomas | Probable/Records Custodian |
| Leann Thomas | Probable/Records Custodian |
| Robert Van Gieson | Possible |
| Chris Waites | Possible |
| Curtis Wilkins | Possible |
| Kevin Williams | Probable |
| James Wilson | Possible/Records Custodian |

**The United States of America's Witness List—Page 3**

| | |
|---|---|
| Financial Records Custodians | Records Custodians as necessary pending stipulation or disposition of motion in limine to authenticate records pursuant to FRE 902(11), (13), and (14) |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan T. Womble*
ETHAN T. WOMBLE
EDWARD E. EMOKPAE
ALEXANDER T. POGOZELSKI
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
Phone: (202) 674-5653
ethan.womble@usdoj.gov