IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## THE UNITED STATES OF AMERICA'S EXHIBIT LIST

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| **100s - Secretary of State Records** | | | | |
| 101 | Ability Secretary of State Filings | GOV_00065622 – GOV_00065642 | | |
| 102 | Industrial and Family Secretary of State Filings | GOV_00066106 – GOV_00066116 | | |
| 103 | Park Row Pharmacy Secretary of State Filings | GOV_00066210 – GOV_00066228 | | |
| 104 | Bandoola Secretary of State Filings | GOV_00065683 – GOV_00065692 | | |
| 105 | HJLM Holding LLC Secretary of State Filings | GOV_00066090 – GOV_00066105 | | |
| 106 | Queen Shiva LLC Secretary of State Filings | GOV_00066229 – GOV_00066249 | | |
| 107 | Ace Queen LLC Secretary of State Filings | GOV_00065663 – GOV_00065682 | | |
| 108 | Ace King LLC Secretary of State Filings | GOV_00065643 – GOV_00065662 | | |
| 109 | Michael Taba M.D. Secretary of State Filings | GOV_00066159 – GOV_00066209 | | |
| 110 | Magnum Surgical Products LLC Secretary of State Filings | GOV_00066141 – GOV_00066158 | | |
| 111 | Jade and Joy LLC Secretary of State Filings | GOV_00066117 – GOV_00066132 | | |
| 112 | Benson Injury Clinic P.A. Secretary of State Filings | GOV_00065702 – GOV_00065708 | | |
| **200s - Claims Data & Insurance Documents** | | | | |
| 201 | DOL Provider Enrollment Contract for Ability Pharmacy, Inc. | GOV_00039296 – GOV_00039300 | | |
| 202 | CVS Caremark Provider Enrollment Contract for Ability Pharmacy, Inc. | GOV_00043636 – GOV_00043639 | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 203 | BCBS Employee Enrollment Apps for Ability Pharmacy | GOV_00065559 – GOV_00065564 | | |
| 204 | BCBS Employer Enrollment Apps for Ability Pharmacy | GOV_00065584 – GOV_00065599 | | |
| 205 | DOL Provider Enrollment Contract for Industrial and Family Pharmacy, LLC | GOV_00039348 – GOV_00039354 | | |
| 206 | CVS Caremark Provider Enrollment Contract for Industrial and Family, Inc. | GOV_00043640 – GOV_00043643 | | |
| 207 | DOL Provider Enrollment Contract for Park Row Pharmacy, LLC | GOV_00039379 – GOV_00039380 | | |
| 208 | CVS Caremark Provider Enrollment Contract for Park Row Pharmacy, LLC | GOV_00043644 – GOV_00043647 | | |
| 209 | DOL Provider Enrollment Contract and EFT for Michael Taba, M.D. | GOV_00039370 – GOV_00039378 | | |
| 210 | DOL Provider Enrollment Contract for Kevin Williams, MD | GOV_00039301 – GOV_00039347 | | |
| 211 | DOL Provider Enrollment Contract for Leslie Benson, M.D. | GOV_00039355 – GOV_00039369 | | |
| 212 | DOL Billing Data for Ability Pharmacy, Inc - DOL CERTIFIED | | | |
| 213 | BCBS Billing Data for Ability Pharmacy Inc. and Industrial & Family Pharmacy, LLC | | | |
| 214 | DOL Billing Data for Industrial & Family Pharmacy, LLC - DOL CERTIFIED | | | |
| 215 | DOL Billing Data for Park Row Pharmacy, LLC - DOL CERTIFIED | | | |
| 216 | BCBS Billing Data for Park Row Pharmacy, LLC | | | |
| 217 | DOL Ability, IFP, and Park Row Third Party Billers | | | |
| 218 | Prime Therapeutics - ABILITY PHARMACY INC | | | |
| 219 | Prime Therapeutics - PARK ROW PHARMACY | | | |
| 220 | CVS Caremark Provider Manual - 2014 | GOV_00072623 – GOV_00072864 | | |
| 221 | CVS Caremark Amendment to Provider Manual - Nov-July 2014 | GOV_00072865 – GOV_00072883 | | |
| 222 | CVS Caremark Provider Manual - 2016 | GOV_00072884 – GOV_00073193 | | |
| 223 | Prime Therapeutics - Pharmacy Provider Manual - Q1 2015 | GOV_00071870 – GOV_00071905 | | |
| 224 | Prime Therapeutics - Pharmacy Provider Manual - Q3 2015 | GOV_00071906 – GOV_00071945 | | |
| 225 | Prime Therapeutics Provider Manual - 2015 | GOV_00071830 – GOV_00071869 | | |
| 226 | Optum Records | GOV_00066561 – GOV_00066633 | | |
| 227 | BCBS Small Group Business Proposal for Ability Pharmacy | GOV_00065540 – GOV_00065550 | | |
| 228 | DOL Remittance Voucher No. 364963 | GOV_00002304 – GOV_00002339 | | |
| 229 | DOL Remittance Voucher No. 382843 | GOV_00002340 – | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| | | GOV_00002409 | | |
| 230 | DOL Remittance Voucher No. 428442 | GOV_00002448 – GOV_00002506 | | |
| 231 | DOL Remittance Voucher No. 445537 | GOV_00002507 – GOV_00002560 | | |
| 232 | DOL Remittance Voucher No. 676500 | GOV_00000583 – GOV_00000606 | | |
| 233 | DOL Remittance Voucher No. 694582 | GOV_00000607 – GOV_00000622 | | |
| 234 | DOL Remittance Voucher No. 712383 | GOV_00000623 – GOV_00000640 | | |
| 235 | DOL Remittance Voucher No. 730903 | GOV_00000641 – GOV_00000678 | | |
| 236 | DOL Remittance Voucher No. 748947 | GOV_00000679 – GOV_00000699 | | |
| 237 | DOL Remittance Voucher No. 189962 | GOV_00001706 – GOV_00001732 | | |
| 238 | DOL Remittance Voucher No. 186260 | GOV_00001733 – GOV_00001735 | | |
| 239 | DOL Remittance Vouchers (Combined) | GOV_00000001 – GOV_00004552 | | |
| **300s - Prescriptions** | | | | |
| 301 | Dr. Michael Taba Prescriptions PART 1 of 3 | | | |
| 302 | Dr. Michael Taba Prescriptions PART 2 of 3 | | | |
| 303 | Dr. Michael Taba Prescriptions PART 3 of 3 | | | |
| 304 | Dr. Kevin Williams Prescriptions | | | |
| 305 | Dr. Leslie Benson Prescriptions | | | |
| 306 | Nicolas Aguilar Prescriptions | | | |
| 307 | Dr. Michael Taba Prescriptions - Physical Exhibit | | | |
| 308 | Dr. Kevin Williams Prescriptions - Physical Exhibit | | | |
| 309 | Dr. Leslie Benson Prescriptions - Physical Exhibit | | | |
| 310 | Nicolas Aguilar Prescriptions - Physical Exhibit | | | |
| **400s - Substantive Count Evidence** | | | | |
| 401 | Prescriptions for M.M. | | | |
| 402 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| 403 | Blue Cross Blue Shield Billing Data Excerpt for M.M. | | | |
| 404 | Prescriptions for A.G. | | | |
| 405 | Blue Cross Blue Shield Billing Data Excerpt for A.G | | | |
| 406 | Blue Cross Blue Shield Billing Data Excerpt for A.G | | | |
| 407 | Prescriptions for R.M. | | | |
| 408 | Blue Cross Blue Shield Billing Data Excerpt for R.M | | | |
| 409 | Blue Cross Blue Shield Billing Data Excerpt for R.M | | | |
| 410 | Prescriptions for M.C. | | | |
| 411 | Benson Patient file for M.C. | GOV_00055703 – GOV_00056284 | | |
| 412 | Department of Labor Claims Data Excerpt for M.C. | | | |
| 413 | Department of Labor Claims Data Excerpt for M.C. | | | |
| 414 | Prescriptions for L.S. | | | |
| 415 | Benson Patient File for L.S. (Lumbar) | GOV_00056345 – GOV_00056742 | | |

**The United States of America's Exhibit List—Page 3**

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 416 | Benson Patient File for L.S. (Knee) | GOV_00056286 – GOV_00056344 | | |
| 417 | Department of Labor Claims Data Excerpt for L.S. | | | |
| 418 | Department of Labor Claims Data Excerpt for L.S. | | | |
| 419 | Prescriptions for R.C. | | | |
| 420 | Taba Patient File for R.C. | | | |
| 421 | Department of Labor Claims Data Excerpt for R.C. | | | |
| 422 | Department of Labor Claims Data Excerpt for R.C. | | | |
| 423 | Prescriptions for L.B. | | | |
| 424 | Taba Patient File for L.B. | | | |
| 425 | Department of Labor Claims Data Excerpt for L.B. | | | |
| 426 | Department of Labor Claims Data Excerpt for L.B. | | | |
| 427 | Prescriptions for J.A. | | | |
| 428 | Taba Patient File for J.A. | | | |
| 429 | Department of Labor Claims Excerpt for J.A. | | | |
| 430 | Department of Labor Claims Excerpt for J.A. | | | |
| | **500s - Bank Records** | | | |
| 501 | Wells Fargo Account Ending in 6919 held in the name of Sherri Mofid | GOV_00026064 – GOV_00026793 | | |
| 502 | Signature Card for Wells Fargo Account Ending in 6919 | GOV_00026064 – GOV_00026075 | | |
| 503 | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 | GOV_000261702 | | |
| 504 | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 | GOV_00026504 | | |
| 505 | September 8, 2014 Cashier's Check Sherrif Mofid to Michael Taba for $90,000 | GOV_00026076 | | |
| 506 | Scottrade Acct 1792 - Sherri Mofid | GOV_00020819 – GOV_00020847 | | |
| 507 | TD Ameritrade Acct 3760 - Sherri Mofid | GOV_00022043 – GOV_00025836 | | |
| 508 | Wells Fargo Acct 3649 - Sherri Mofid | GOV_00025933 – GOV_00026063 | | |
| 509 | JPMC account ending in 0481 held in the name of Sherri Mofid | | | |
| 510 | Scottrade Investment Account Ending in 1793 Held in the Name of Sherri Mofid | GOV_00020848 – GOV_00022042 | | |
| 511 | Signature Card for Scottrade Account Ending in 1793 | GOV_00020848 – GOV_00020849 | | |
| 512 | January 1-31, 2016 Statement for Scottrade Account Ending in 1793 | GOV_00020872 – GOV_00020877 | | |
| 513 | Chase Account Ending in 5614 held in the name of Michael Taba | GOV_00030052 – GOV_00030807 | | |
| 514 | Deposit Slip for $100,000 to Chase Account Ending in 5614 | GOV_00030166 | | |
| 515 | Deposit Slip for $90,000 to Chase Account Ending in 5614 | GOV_00030186 | | |
| 516 | Deposit Slip for $10,000 to Chase Account Ending in 5614 | GOV_00030184 | | |

The United States of America's Exhibit List—Page 4

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 517 | Deposit Slip for $150,000 to Chase Account Ending in 5614 | GOV_00030214 | | |
| 518 | Deposit Slip for $70,000 to Chase Account Ending in 5614 | GOV_00030234 | | |
| 519 | Deposit Slip for $136,600 to Chase Account Ending in 5614 | GOV_00030247 | | |
| 520 | Deposit Slip for $258,000 to Chase Account Ending in 5614 | GOV_00030281 | | |
| 521 | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 | GOV_00030354 | | |
| 522 | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 ending in 5614 | GOV_00030752 | | |
| 523 | Chase Account Ending in 2338 held in the name of Michael Taba | GOV_00029870 | | |
| 524 | Signature Card for Chase Account Ending in 2338 | GOV_00029870 | | |
| 525 | JPMChase Acct 4105 - Michael Taba | | | |
| 526 | JPMChase Acct 9472 - Michael Taba | GOV_00030808 – GOV_00031903 | | |
| 527 | Wells Fargo Account Ending in 9217 held in the Name of Christopher J. Rydberg | GOV_00029261 – GOV_00029648 | | |
| 528 | Signature Card for Wells Fargo Account Ending in 9217 | GOV_00029261 – GOV_00029263 | | |
| 529 | October 15, 2014 Cashier's Check from Christopher J. Rydberg to Michael Taba for $150,000 | GOV_00029588 | | |
| 530 | July 8, 2015 Cashier's Check from Christopher J. Rydberg to Magnum Surgical Products (Kevin Williams) for $279,000 | GOV_00029632 | | |
| 531 | Wells Fargo Account Ending in 7909 Held in the Name of Restaurant & Associates, Inc. | GOV_00029161 – GOV_00029223 | | |
| 532 | Signature Card for Wells Fargo Account Ending in 7909 | GOV_00029161 – GOV_00029165 | | |
| 533 | November 17, 2014 Cashier's Check from Christopher Rydberg to Michael Taba for $70,000 | GOV_00029170 | | |
| 534 | Wells Fargo Account Ending in 8897 Held in the Name of Bandoola Pharmaceutical, LLC | GOV_00052289 – GOV_00052838 | | |
| 535 | Signature Card for Wells Fargo Account Ending in 8897 | GOV_00008120 – GOV_00008126 | | |
| 536 | Withdrawal Slip for $136,630 from Wells Fargo Account Ending in 8897 | GOV_00008625 | | |
| 537 | February 16, 2016 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $125,000 | GOV_00008363 | | |
| 538 | Withdrawal Slip for $381,000 from Wells Fargo Account Ending in 8897 | GOV_00008404 | | |
| 539 | Withdrawal Slip for $560,000 from Wells Fargo Account Ending in 8897 | GOV_00008395 | | |
| 540 | September 21, 2015 Check from Bandoola Pharmaceutical to Magnum Surgical Products (Kevin Williams) for $219,000 | GOV_00008430 | | |

The United States of America's Exhibit List—Page 5

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 541 | Withdrawal Slip for $309,010 from Wells Fargo Account Ending in 8897 | GOV_00008613 – GOV_00008614 | | |
| 542 | April 22, 2015 Check to Nicolas Aguilar for $10,000 | GOV_00008382 | | |
| 543 | December 2, 2015 Check to Nicolas Aguilar for $10,000 | GOV_00008444 | | |
| 544 | Chase Account Ending in 6653 Held in the Name of Dr. Leyla Nourian | GOV_00020124 – GOV_00020271 | | |
| 545 | Signature Card for Chase Account Ending in 6653 | GOV_00020124 | | |
| 546 | Withdrawal Slip for $108,000 from Chase Account Ending in 6653 | GOV_00020201 – GOV_00020202 | | |
| 547 | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams | GOV_00035762 – GOV_00036997 | | |
| 548 | Signature Card for Ennis State Bank Account Ending in 7903 | GOV_00035762 | | |
| 549 | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 | | | |
| 550 | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 | | | |
| 551 | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 | | | |
| 552 | Wells Fargo Account Ending in 3119 Held in the Name of HJLM, LLC | GOV_00015014 – GOV_00015321 | | |
| 553 | February 2, 2016 Check from HJLM Holding LLC to Lee Diehl for $2,000 | GOV_00015115 | | |
| 554 | December 29, 2015 Check from HJLM Holding LLC to David McDonald for Draw on Taba Job for $3,000 | GOV_00015077 | | |
| 555 | January 26, 2016 Check from HJLM Holding LLC to David McDonald for Taba Job for $5,300 | GOV_00015111 | | |
| 556 | December 17, 2015 Check from HJLM Holding LLC to Jimmy Eaves for Draw on Taba Job for $5,000 | GOV_00015068 | | |
| 557 | Wells Fargo Account Ending in 0302 Held in the Name Industrial & Family Pharmacy (UNREDACTED) | GOV_00015605 | | |
| 558 | Signature Card for Wells Fargo Account Ending in 0302 | GOV_00015605 – GOV_00015611 | | |
| 559 | December 1-December 15, 2015 Statement for Account Ending in 0302 | GOV_00016339 – GOV_00016345 | | |
| 560 | January 1-January 31, 2016 Statement for Account Ending in 0302 | GOV_00016346 – GOV_00016351 | | |
| 561 | JP Morgan Chase Account Ending in 9863 Held in the Name of Industrial & Family Pharmacy | GOV_00015394 – GOV_00015604 | | |
| 562 | Signature Card for JP Morgan Chase Account Ending in 9863 | GOV_00015394 – GOV_00015395 | | |
| 563 | January 19-29, 2016 Statement for JP Morgan Chase Account Ending in 9863 | GOV_00015396 – GOV_00015398 | | |
| 564 | JP Morgan Chase Account Ending in 3462 Held in the Name of Jade & Joy, LLC | GOV_00016560 – GOV_00016992 | | |
| 565 | Signature Card for JP Morgan Chase Account Ending in 3462 | GOV_00016560 – GOV_00016566 | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 566 | January 1-29, 2016 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016712 – GOV_00016717 | | |
| 567 | May 1-29, 2015 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016655 – GOV_00016660 | | |
| 568 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016686 – GOV_00016689 | | |
| 569 | October 30-November 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016694 – GOV_00016697 | | |
| 570 | May 30-June 30, 2015 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016663 – GOV_00016668 | | |
| 571 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 3462 | GOV_00016678 – GOV_00016681 | | |
| 572 | Prosperity Bank Account Ending in 9542 Held in the Name of Ability Pharmacy, Inc. | GOV_00006850 – GOV_00007100 | | |
| 573 | Signature Card for Prosperity Bank Account Ending in 9542 | GOV_00006850 | | |
| 574 | Excerpt from January 31, 2016 Statement for Prosperity Bank Account Ending in 9542 | GOV_00006892 | | |
| 575 | Excerpt from October 31, 2015 Statement for Prosperity Bank Account Ending in 9542 | GOV_00006872 | | |
| 576 | Excerpt from November 30, 2015 Statement for Prosperity Bank Account Ending in 9542 | GOV_00006882 | | |
| 577 | JP Morgan Chase Bank Account Ending in 2280 Held in the Name of Ability Pharmacy, Inc. | GOV_00004875 – GOV_00006849 | | |
| 578 | JP Morgan Chase Signature Card for Account Ending in 2280 | GOV_00004875 – GOV_0004883 | | |
| 579 | January 1-January 29, 2016 Statement for JP Morgan Chase Account Ending in 2280 | GOV_00006535 – GOV_00006540 | | |
| 580 | May 1-May 29, 2015 Statement for JP Morgan Chase Account Ending in 2280 | GOV_00006391 | | |
| 581 | October 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | GOV_00006490 – GOV_00006496 | | |
| 582 | October 31-November 30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | GOV_00006497 – GOV_00006502 | | |
| 583 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 | GOV_00006481 – GOV_00006488 | | |
| 584 | Prosperity Bank Account Ending in 6341 Held in the Name of Ability Pharmacy, Inc. | GOV_00066289 – GOV_00066443 | | |
| 585 | Signature Card for Prosperity Bank Account Ending in 6341 | GOV_00066289 | | |
| 586 | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 | GOV_00066299 | | |
| 587 | Excerpt from May 31, 2015 Statement for Prosperity Bank Account Ending in 6341 | GOV_00066316 | | |
| 588 | Bank of America Account Ending in 5271 Held in the Name of Ability Pharmacy, Inc. | GOV_00004553 – GOV_00004874 | | |
| 589 | Signature Card for Bank of America Account Ending in 5271 | GOV_ 00004553 – GOV_ 00004556 | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 590 | October 1-31, 2015 Statement for Bank of America Account Ending in 5271 | GOV_00004567 – GOV_00004572 | | |
| 591 | Transaction Logs for 8 Cashier's Checks from Bank of America Account Ending in 5271 | | | |
| 592 | JPMChase Acct 3691 - Ability Pharmacy (D Nourian and C Rydberg) | GOV_00051834 – GOV_00051872 | | |
| 593 | Wells Fargo Bank Account Ending in 6032 Held in the Name of Dehshid Nourian | GOV_00014198 – GOV_00014611 | | |
| 594 | Signature Card for Wells Fargo Account Ending in 6032 | GOV 00014198 – GOV_00014202 | | |
| 595 | January 1-31, 2016 Statement for Wells Fargo Account Ending in 6032 | GOV_00014584 – GOV_00014592 | | |
| 596 | TD Ameritrade Account Ending in 8494 Held in the Name of Dehshid Nourian | GOV_00012375 – GOV_00014197 | | |
| 597 | Signature Card for TD Ameritrade Account Ending in 8494 | GOV_00012375 – GOV_00012376 | | |
| 598 | January 2016 Statement for TD Ameritrade Account Ending in 8494 | GOV_00012428 – GOV_00012451 | | |
| 599 | Scottrade Acct 7680 - Dehshid Nourian | | | |
| 600 | BancorpSouth Bank Account Ending in 5371 Held in the Name of Bandoola Pharmacy | GOV_00007723 – GOV_00008111 | | |
| 601 | Signature Card for BancorpSouth Bank Ending in 5371 | GOV_00007723 – GOV_00007724 | | |
| 602 | July 21, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | GOV_00007753 – GOV_00007754 | | |
| 603 | September 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | GOV_00007762 – GOV_00007763 | | |
| 604 | November 30, 2015 Statement for BancorpSouth Bank Account Ending in 5371 | GOV_00007768 – GOV_00007769 | | |
| 605 | JP Morgan Chase Account Ending in 7273 Held in the Name of Jade and Joy, LLC | GOV_00016993 – GOV_00017053 | | |
| 606 | Signature Card for JP Morgan Chase Account Ending in 7273 | GOV_00016993 | | |
| 607 | June 12-30, 2015 Statement for JP Morgan Chase Account Ending in 7273 | GOV_00016994 – GOV_00016997 | | |
| 608 | July 1-31, 2015 Statement for JP Morgan Chase Account Ending in 7273 | GOV_00016998 – GOV_00016999 | | |
| 609 | BBVA Compass Acct 4076 - Park Row Pharmacy (C. Rydberg) | GOV_00026936 – GOV_00027546 | | |
| 610 | Wells Fargo Acct 2629 - Park Row (C. Rydberg and A. Khavarmanesh) | GOV_00027547 – GOV_00027762 | | |
| 611 | JPMChase Acct 1940 - Nourian Dental (L Nourian) | GOV_00017161 – GOV_00020123 | | |
| 612 | Churchill Mgmt - Records (S Mofid and D Nourian) | GOV_00071797 – GOV_00071830 | | |
| 613 | Churchill Mgmt CRM Notes | | | |
| 614 | JPMChase Acct 4105 - Michael Taba Refresh | GOV_00080840 – GOV_00082082 | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 615 | Wells Fargo Acct 2629 - Christopher Rydberg Refresh | GOV_00078475 – GOV_00078527 | | |
| 600s - Tax Records ||||||
| 626 | Ability Pharmacy 2015 Form 1120S | GOV_00068029 – GOV_00068065 | | |
| 627 | Ability 2015 Transcript of Account | GOV_00082172 – GOV_00082174 | | |
| 628 | Ability 2016 Form 1120S | GOV_00068066 – GOV_00068097 | | |
| 629 | Second Ability Pharmacy 2016 Form 1120S | GOV_00082179 – GOV_00082213 | | |
| 630 | Ability 2016 Transcript of Account | GOV_00082175 – GOV_00082177 | | |
| 631 | 2015 General Ledger for Ability Pharmacy | GOV_00054280 – GOV_00054304 | | |
| 632 | Industrial & Family Pharmacy 2015 Form 1120S | GOV_00068204 – GOV_00068224 | | |
| 633 | Industrial & Family Pharmacy 2015 Transcript of Account | GOV_00082241 – GOV_00082243 | | |
| 634 | Industrial & Family Pharmacy Form 1120S 2016 Lack of Records | GOV_00068202 – GOV_00068203 | | |
| 635 | Industrial & Family Pharmacy 2016 Transcript of Account | GOV_00082244 – GOV_00082246 | | |
| 636 | 2015 Industrial & Pharmacy - Signature Form - Form 8879-S | GOV_00065535 | | |
| 637 | 2016 Industrial & Family Pharmacy - Signature Form - Form 8879-S | GOV_00065536 – GOV_00065537 | | |
| 638 | 2015 General Ledger for Industrial & Family Pharmacy | GOV_00070512 – GOV_00070540 | | |
| 639 | 2016 General Ledger for Industrial & Family Pharmacy | GOV_00070984 – GOV_00071046 | | |
| 640 | Park Row 2015 Form 1120S | GOV_00068411 – GOV_00068429 | | |
| 641 | Park Row 2015 Transcript of Account | GOV_00082259 – GOV_00082261 | | |
| 642 | Park Row 2016 Form 1120S | GOV_00068430 – GOV_00068449 | | |
| 643 | Park Row 2016 Transcript of Account | GOV_00082262 – GOV_00082264 | | |
| 644 | Park Row 2015 BBVA Compass & Wells Fargo Bank Records | GOV_00071201 – GOV_00071321 | | |
| 645 | 2015 Park Row Pharmacy - Signature Form - Form 8879-S | GOV_00065538 | | |
| 646 | 2016 Park Row Pharmacy - Signature Form - Form 8879-S | GOV_00065539 | | |
| 647 | 2015 General Ledger for Park Row Pharmacy | GOV_00071279 – GOV_00071307 | | |
| 648 | 2016 General Ledger for Park Row Pharmacy | GOV_00071388 – GOV_00071417 | | |
| 649 | Dehshid Nourian 2015 Form 1040 | GOV_00068278 – GOV_00068344 | | |
| 650 | Dehshid Nourian Form 1040 2015 (with signatures) | GOV_00068516 – GOV_00068573 | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 651 | Dehshid Nourian 2015 Transcript of Account | GOV_00082229 – GOV_00082231 | | |
| 652 | Dehshid Nourian 2016 Form 1040 | GOV_00068345 – GOV_00068410 | | |
| 653 | Dehshid Nourian Form 1040 2016 (with signatures) | GOV_00068626 – GOV_00068761 | | |
| 654 | Deshid Nourian 2016 Transcript of Account | GOV_00082232 – GOV_00082234 | | |
| 655 | Dehshid & A Pirnajmeddin Nourian 2015 Form 4549 | GOV_00067952 – GOV_00067963 | | |
| 656 | 2015 Dehshid Nourian - Signature Page - Form 8879 | GOV_00068515 | | |
| 657 | 2016 Dehshid Nourian - Signature Page - Form 8879 | GOV_00068625 | | |
| 658 | Ali Khavaramanesh 2015 Form 1040 | GOV_00068263 | | |
| 659 | Ali Khavaramanesh 2015 Transcript of Account | GOV_00082214 – GOV_00082216 | | |
| 660 | Ali & Mastaneh Sarra Khavaramanesh 2015 Form 4549 | GOV_00067945 – GOV_00067951 | | |
| 661 | Robert Ritter 2015 Form 1040 | GOV_00068471 – GOV_00068491 | | |
| 662 | Robert Ritter 2015 Transcript of Account | GOV_00082265 – GOV_00082267 | | |
| 663 | Robert Ritter 2015 Form 4549 | GOV_00067967 – GOV_00067974 | | |
| 664 | Julie Ritter 2015 From 1040 | GOV_00068450 – GOV_00068470 | | |
| 665 | Julie Ritter 2015 Transcript of Account | GOV_00082256 – GOV_00082258 | | |
| 666 | Julie Ritter 2015 Form 4549 | GOV_00067975 – GOV_00067982 | | |
| 667 | Bandoola 2015 Form 1065 | GOV_00068098 – GOV_00068117 | | |
| 668 | Bandoola 2015 Transcript of Account | GOV_00082217 – GOV_00082219 | | |
| 669 | Bandoola 2016 Form 1065 | GOV_00068118 – GOV_00068142 | | |
| 670 | Bandoola 2016 Transcript of Account | GOV_00082220 – GOV_00082225 | | |
| 671 | HJLM 2015 Form 1065 | GOV_00068143 – GOV_00068173 | | |
| 672 | HJLM 2015 Transcript of Account | GOV_00082235 – GOV_00082237 | | |
| 673 | HJLM 2016 Form 1065 | GOV_00068174 – GOV_00068201 | | |
| 674 | HJLM 2016 Transcript of Account | GOV_00082238 – GOV_00082240 | | |
| 675 | Jade and Joy 2015 Form 1065 | GOV_00068225 – GOV_00068243 | | |
| 676 | Jade and Joy 2015 Transcript of Account | GOV_00082247 – GOV_00082249 | | |
| 677 | Jade and Joy 2016 Form 1065 | GOV_00068244 – GOV_00068262 | | |
| 678 | Jade and Joy 2016 Transcript of Account | GOV_00082250 – | | |

| GX | DESCRIPTION | OFFER | DATE | |
|---|---|---|---|---|
| | | | ADM | N/ADM |
| | | GOV_00082252 | | |
| 679 | Christopher Rydberg 2015 Form 1040 | GOV_00068492 – GOV_00068514 | | |
| 680 | Christopher Rydberg 2015 Transcript of Account | GOV_00082226 – GOV_00082228 | | |
| 681 | Jamshid Noryian Form 1040 2015 Certification Lack of Records | GOV_00068007 | | |
| 682 | Jamshid Noryian 2015 Transcript of Account | GOV_00082253 – GOV_00082255 | | |
| 683 | Chase 2015_Expenses | | | |
| **700s - Emails and Text Messages** | | | | |
| 701 | Email Regarding Shuttle to Cowboys Game | | | |
| 702 | Email Regarding New Clinic for Dr. Benson | | | |
| 703 | Email to Mike Benson Regarding Documents from Jamshid Noryian | | | |
| 704 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | | | |
| 705 | Email from Melissa Driver Regarding No More Refills on Patient T.P. | | | |
| 706 | Email from Amoret Guadian to Melissa Driver Regarding Patient Complaint | | | |
| 707 | Email from Melissa Driver Regarding Denied Patients | | | |
| 708 | Email from Amoret Guadian to Melissa Driver Regarding Updated List of Patient We Can't Fill | | | |
| 709 | Email from Mike Benson to Kimberly McCoy Regarding Script Pad | | | |
| 710 | Email from Christopher Rydberg Regarding Magnum Surgical Products | | | |
| 711 | Email from Melissa Driver to Amoret Guadian Regarding Decrease in Medications | | | |
| 712 | Email from Amoret Guadian to Melissa Driver Regarding Helping at Dr. Taba Practice | | | |
| 713 | Email from Amoret Guadian to Melissa Driver Regarding 3 DOL Patients | | | |
| 714 | Email from Amoret Guadian to Melissa Driver Regarding Dr. Taba Patients on Multivitamin | | | |
| 715 | Email from Melissa Driver to Amoret Guadian Regarding Refill Scripts | | | |
| 716 | Email from Megan Marines to Melissa Driver Regarding Dr. Taba Surgery Patients | | | |
| 717 | Email from Amoret Guadian to Melissa Driver Regarding Patient R.S. | | | |
| 718 | Email from Melissa Driver to Amoret Guadian Regarding Patient J.T. | | | |
| 719 | Email from Melissa Driver to Amoret Guadian Regarding Patients – No Supplements | | | |
| 720 | 2016.05.20 Re_ CONFIDENTIAL_ Attorney-Client Privileged Communication | | | |

The United States of America's Exhibit List—Page 11

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 721 | Email from McCoy re Walkthrough of 217 Bella Riva and Humps full name Van Gieson- 401 Time Capsule | | | |
| 722 | April 2016 Text Messages between Kimberly McCoy to Jamshid Noryian | | | |
| 723 | May 2016 Text Messages between Kimberly McCoy and Jamshid Noryian | | | |
| 724 | September 2015 Text Messages Between Kimberly McCoy and Megan Marines | | | |
| 725 | January 2016 Text Messages between Kimberly McCoy and Hump Van Gieson | | | |
| 726 | March 2016 Text Messages between Kevin Williams and Christopher Rydberg | | | |
| 727 | Email from Megan Marines to Judy Bachman Re Rejected Req PA | | | |
| | **800s - Search Warrant Evidence** | | | |
| 801 | Blank Prescriptions for Kevin Williams (Site 1) | | | |
| 802 | Kevin Williams Promissory Notes | | | |
| 803 | Michael Taba Promissory Note | | | |
| 804 | Handwritten Notes Regarding Leslie Benson and Michael Taba Scar Gel | | | |
| 805 | Handwritten Notes Regarding Michael Taba and Jamshid Noryian Phone Numbers (Site 1) | | | |
| 806 | Notes Regarding Expenses and Income (Site 4) | | | |
| 807 | Article Regarding North Texas Compounding Investigation (Site 1) | | | |
| 808 | Benson Patient Sent in on December 23, 2014 (Site 2) | | | |
| 809 | Email Regarding Benson Referrals April 1 - October 16 (Site 4) | | | |
| 810 | Notes Regarding Patients James Brought In (Site 2) | | | |
| 811 | Ability Blank Prescriptions (Site 4) | | | |
| 812 | Blank Prescriptions (Site 3) | | | |
| 813 | List of Benson Temple Patients (Site 2) | | | |
| 814 | Taba Surgery Schedule Referrals December 3, 2014 (Site 2) | | | |
| 815 | Report of Taba Claims (Site 1) | | | |
| 816 | Ability All Drugs Log (Site 1) | | | |
| 817 | Ability All Pay Plans (Site 1) | | | |
| 818 | Taba 6 5 Labels (Site 1) | | | |
| 819 | Handwritten Notes (Site 1) | | | |
| 820 | Report of Benson Claims (Site 5) | | | |
| 821 | Handwritten Notes (Site 5) | | | |
| 822 | Handwritten Notes Regarding Contacting Patients (Site 1) | | | |
| 823 | Medicare Fraud Training (Site 1) | | | |
| 824 | Handwritten Notes (Site 5) | | | |
| 825 | Selective Rx Journal Reports (Site 5) | | | |
| 826 | Patient Summary for K.H. (Site 5) | | | |
| 827 | Handwritten Note (Site 5) | | | |

**The United States of America's Exhibit List—Page 12**

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 828 | Report of Kevin Williams Claims March 2015 (Site 2) | | | |
| 829 | Report of Michael Taba Claims February 2015 (Site 2) | | | |
| 830 | Judy Bachman Bandoola Bonus Letter (Site 4) | | | |
| 831 | Records Regarding HJLM Holding, LLC v. Magnum Surgical Products, LLC | | | |
| 832 | Original Petition | | | |
| 833 | Original Answer | | | |
| 834 | Certified Judgement | | | |
| 835 | Ability Blank Prescription Forms (Site 2) | | | |
| 836 | Blank Prescription Form (Site 1) | | | |
| 837 | Report of Michael Taba Claims May-June 2014 (Site 2) | | | |
| 838 | Kevin Williams Commission Report February 2015 (Site 2) | | | |
| 839 | Notes on Insurance (Site 5) | | | |
| 840 | Notes on Compound Medication Ingredients (Site 1) | | | |
| 841 | Notes on Calling on Refills (Site 1) | | | |
| 842 | Letter of Intent to Michael Taba Re Lease of 411 N General Bruce | | | |
| 843 | Script for Insurance Information (Site 5) | | | |
| 844 | Michael Taba Department of Labor Patient List (Site 4) | | | |
| 845 | Handwritten Notes Regarding Purpose of Each Pharmacy (Site 4) | | | |
| 846 | Handwritten Notes Regarding Patients of Michael Taba and Leslie Benson (Site 5) | | | |
| 847 | Notes Regarding Holding Companies and Properties (Site 5) | | | |
| 848 | Revenue by Doctor (Site 5) | | | |
| 849 | Ledger (Site 5) | | | |
| 850 | Rxpress Financial Notes (Site 5) | | | |
| 851 | Check Register (Site 5) | | | |
| 852 | Rxpress Balance Sheet (Site 5) | | | |
| 853 | Fax from Leslie Benson's Office Regarding Cream Scripts (Site 2) | | | |
| 854 | Handwritten Notes Regarding Jamshid Noryian by L.M. | | | |
| 855 | Letter to James Noryian from M.M. (Site 4) | | | |
| 856 | Letter to James Noryian from A.G. (Site 4) | | | |
| 857 | Letter to James Noryian from R.M. (Site 4) | | | |
| 858 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 5) | | | |
| 859 | Fax from Dr. Taba's Office Regarding Patient Schedules (Site 2) | | | |
| 860 | Prescription by Dr. M.H. Deshid Nourian (Site 4) | | | |
| 861 | Envelope Addressed to Sherri Mofid (Site 2) | | | |
| 862 | List of Expenses (Site 5) | | | |
| 863 | Revenue by Doctor (Site 5) | | | |
| 864 | Checks to Suppliers (Site 2) | | | |
| 865 | Handwritten Note Re J. Noryian | | | |
| 866 | Aguilar Report | | | |

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 867 | Prescription - Weaver, Ruby | | | |
| 868 | Prescription - Welch, Debra | | | |
| 869 | Photo: February 2016 Newspaper Article titled "Feds investigate Fort Worth-based firm" | GOV_00071783 | | |
| 870 | Photo: Report of Michael Taba Claims Dated November 2014 | | | |
| 871 | TMESYS Accepted Claims - Industrial and Family Pharmacy | | | |
| | **900s - Miscellaneous Documents** | | | |
| 901 | Photo: Ability Pharmacy (Exterior) | GOV_00071784 | | |
| 902 | Photo: Ability Pharmacy (Interior) | GOV_00071787 – GOV_00071788 | | |
| 903 | Photo: Industrial Pharmacy (Exterior) | GOV_00071785 | | |
| 904 | Photo: Industrial Pharmacy (Interior) | GOV_00071789 – GOV_00071790 | | |
| 905 | Photo: Park Row Pharmacy (Exterior) | GOV_00071786 | | |
| 906 | Photos: Park Row Pharmacy (Interior) | GOV_00071791 – GOV_00071792 | | |
| 907 | Photo: Ability Pharmacy Rx Ending 057-00 (Blue Bottle) for L.S. | GOV_0044154 | | |
| 908 | Photo: Ability Pharmacy Rx Ending 436-00 (White Cap/Tan Bottle) for L.S. | GOV_0044155 | | |
| 909 | Photo: Ability Pharmacy (Bottles on Microwave) for L.S. | GOV_0044157 | | |
| 910 | Photo: Ability Pharmacy and Industrial & Family (Blue and Clear/White Bottles) for R.C. | GOV_00071779 – GOV_00071780 | | |
| 911 | Photo: Louis Vuitton Handbag | GOV_00071781 – GOV_00071782 | | |
| 912 | Photos: BMW | GOV_00055579, GOV_00055580, GOV_00055583, GOV_00055592, GOV_00055595 | | |
| 913 | Photo: 217 Bella Riva | | | |
| 914 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 | | | |
| 915 | Transcript of Recorded Call - J. Noryian and J. Haggard 10.05.15 | | | |
| 916 | Recorded Conversation - James Noryian and Jared Haggard 10.05.15 (Closed-Captioned) | | | |
| 917 | Recorded Conversation - Dehshid Nourian and Jeff Byrum 01.26.16 | | | |
| 918 | Transcript of Recorded Call - D. Nourian and J. Byrum 01.26.16 | | | |
| 919 | Recorded Conversation: Dehshid Nourian and Jeff Byrum 01.26.16 (Closed-Captioned) | | | |
| 920 | Recorded Conversation - James Noryian and Rey Moreno 06.28.16 | | | |
| 921 | Transcript of Recorded Call - J. Noryian and R. Moreno 06.28.16 | | | |

**The United States of America's Exhibit List—Page 14**

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 922 | Recorded Conversation - James Noryian and Rey Moreno 06.25.16 (Closed-Captioned) | | | |
| 923 | Mailbox Service Agreement Signed by Leyla Nourian | GOV_00055493 – GOV_00055499 | | |
| 924 | Photo: 217 Bella Riva | GOV_00082084 | | |
| 925 | Photo: 217 Bella Riva | GOV_00082091 | | |
| 926 | Photo: 217 Bella Riva | GOV_00082096 | | |
| 927 | Stewart Title - 217 Bella Riva | GOV_00048294 – GOV_00049156 | | |
| 928 | Alamo Title - 2525 Handley - Leyla Nourian | GOV_00049569 – GOV_00051644 | | |
| 929 | Van Alstyne - Sherri Mofid | GOV_00047994 – GOV_00048289 | | |
| 930 | Autobahn BMW | GOV_00051648 – GOV_00051704 | | |
| 930 | Prescription Pain Cream Medication Tubes – Physical Exhibit | | | |
| 931 | Prescription Vitamins Bottles – Physical Exhibit | | | |
| 932 | Louis Vuitton Handbag – Physical Exhibit | | | |
| | 1000s - Summary Charts | | | |
| 1001 | Total Amounts Billed to DOL-OWCP | | | |
| 1002 | Total Amounts Paid by DOL-OWCP | | | |
| 1003 | Ability and Park Row Pharmacies BCBS Claims Data - All Claims | | | |
| 1004 | Ability Pharmacy BCBS Claims Data - All Claims | | | |
| 1005 | Ability Pharmacy BCBS Claims Data - Employee | | | |
| 1006 | Ability Pharmacy - Megan Marines - Rx No. 948636 | | | |
| 1007 | Ability Pharmacy - Amoret Guadian - Rx No. 948634 | | | |
| 1008 | Ability Pharmacy - Reynaldo Moreno - Rx No. 948617 | | | |
| 1009 | Deposits of DOL Funds | | | |
| 1010 | Count 11 Wire Transfer | | | |
| 1011 | Count 11 Cashier's Checks | | | |
| 1012 | Count 12 Online Transfer | | | |
| 1013 | Count 13 Wire Transfer | | | |
| 1014 | Counts 11–13 Transfer | | | |
| 1015 | Count 14 Wire Transfer | | | |
| 1016 | Count 14 Cashier's Checks | | | |
| 1017 | Count 15 Online Transfer | | | |
| 1018 | Count 16 Wire Transfer | | | |
| 1019 | Cashier's Checks | | | |
| 1020 | Counts 14–16 Transfer | | | |
| 1021 | Direct Payments to Michael Taba w/o Repayments | | | |
| 1022 | Direct Payments to Michael Taba w/ Repayments | | | |
| 1023 | Other Payments to Michael Taba | | | |
| 1024 | Taba Account Balances | | | |

**The United States of America's Exhibit List—Page 15**

| GX | DESCRIPTION | OFFER | DATE ADM | N/ADM |
|---|---|---|---|---|
| 1025 | Assets Traced from DOL Funds | | | |
| 1026 | Payments to Kevin Williams | | | |
| 1027 | Reported vs Actual Expenses | | | |
| 1028 | Cashier's Check 7 Example | | | |
| 1029 | Cashier's Check 76 Example | | | |
| 1030 | Cashier's Check 137 138 Example | | | |
| 1031 | Cashier's Check 183 184 185 Example | | | |
| 1032 | Cashier's Check 205 Example | | | |
| 1033 | Cashier's Checks Purchased and Expensed | | | |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan T. Womble*
ETHAN T. WOMBLE
EDWARD E. EMOKPAE
ALEXANDER T. POGOZELSKI
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
Phone: (202) 674-5653
ethan.womble@usdoj.gov