IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | |
| JAMSHID NORYIAN | (1) | |
|   a.k.a JAMES NORYIAN | | |
| DEHSHID NOURIAN | (2) | NO.  3:17-cr-00155-L |
|   a.k.a DAVID NOURIAN | | |
| CHRISTOPHER RYDBERG | (3) | |
| MICHAEL TABA | (7) | |

## **DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) EXHIBIT LIST**

    Defendant Jamshid "James" Noryian through undersigned counsel submits this exhibit list, pursuant to Rule 16.1 of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court. (ECF No. 540) Defendant Noryian adopts all government and co-defendant exhibit lists filed in this case and reserves the right to supplement or amend this list, subject to rulings of the Court.

| Number | Exhibit Description |
|:---:|:---:|
| 1 | Ability Pharmacy Board of Pharmacy Records |
| 2 | Industrial & Family Pharmacy Board of Pharmacy Records |
| 3 | Park Row Pharmacy Board of Pharmacy Records |
| 10 | Ability Pharmacy Secretary of State Records |
| 11 | Industrial & Family Pharmacy Secretary of State Records |
| 12 | Park Row Pharmacy Secretary of State Records |
| 20 | Ability Pharmacy Financial Records |
| 21 | Industrial & Family Pharmacy Financial Records |

| Number | Exhibit Description |
|:---:|:---:|
| 22 | Park Row Pharmacy Financial Records |
| 30 | Ability Pharmacy 2015 Tax Records |
| 31 | Ability Pharmacy 2016 Tax Records |
| 32 | Industrial & Family Pharmacy 2015 Tax Records |
| 33 | Industrial & Family Pharmacy 2016 Tax Records |
| 34 | Park Row Pharmacy 2015 Tax Records |
| 35 | Park Row Pharmacy 2016 Tax Records |
| 36 | Ability Pharmacy 2022 Tax Records |
| 37 | Bandoola Pharmaceutical 2015 Tax Records |
| 38 | Bandoola Pharmaceutical 2016 Tax Records |
| 40 | Ace Queen Secretary of State Records |
| 41 | Ace King Secretary of State Records |
| 42 | Bandoola Pharmaceuticals Secretary of State Records |
| 43 | HJLM Holding Secretary of State Records |
| 44 | Jade and Joy Holding Secretary of State Records |
| 45 | Queen Shiva Secretary of State Records |
| 50 | Ace Queen Financial Records |
| 51 | Bandoola Pharmaceutical Financial Records |
| 52 | HJLM Holding Secretary of State Records |
| 53 | Jade and Joy Holding Secretary of State Records |
| 54 | Queen Shiva Secretary of State Records |
| 60 | Email re Aslung and David Nourian Loans |
| 61 | Email re Robert Ritter's Personal Account |

| Number | Exhibit Description |
|:---:|:---:|
| 62 | Email re Aslung Bank Loan |
| 63 | Email re Ritter/OmniAmerican v. Aslung |
| 70 | Investment Offering |
| 71 | Promissory Note with Personal Guarantee |
| 72 | Email with Floorplan for Hemphill Location |
| 73 | Email re Grainger Title Policy |
| 74 | Email re Austin Building |
| 75 | Email re Henderson Deal |
| 76 | Email re Wendy Davis |
| 80 | Casa Manana Lease |
| 81 | Le Bijou Term Sheet |
| 90 | Curtis Wise Guaranty and Loan |
| 91 | Curtis Wise Promissory Note and Guaranty |
| 100 | Industrial & Family Pharmacy Purchase Agreement |
| 110 | Michael Taba Promissory Note |
| 111 | Taba Loan Repayments |
| 112 | Letter re Loan payoff |
| 115 | Paint and Remodeling Invoice |
| 116 | Office Remodel Estimate |
| 117 | Deck Repair Invoice |
| 118 | Office Remodel Invoice |
| 119 | Patio Invoice |
| 120 | Deck Repair Invoice |

| Number | Exhibit Description |
|:---:|:---:|
| 121 | Office Remodel Proposal |
| 122 | Office Remodel Proposal |
| 123 | Taba House Remodel Images |
| 124 | Taba House Remodel Images |
| 125 | Taba House Remodel Images |
| 126 | Taba Construction Repayments |
| 130 | Magnum Promissory Note |
| 131 | Magnum Promissory Note |
| 200 | Special Warranty Deed |
| 201 | Special Warranty Deed |
| 202 | Special Warranty Deed |
| 204 | Special Warranty Deed |
| 205 | Warranty Deed |
| 206 | Assignment of Rents |
| 207 | Extension of Real Estate Note and Lien |
| 208 | Mineral Deed |
| 209 | Special Warranty Deed |
| 210 | General Warranty Deed |
| 211 | Mineral Deed |
| 212 | Special Warranty Deed |
| 213 | Release of Lien |
| 214 | UCC Financing Statement |
| 215 | UCC Financing Statement |

| Number | Exhibit Description |
|---|---|
| 220 | Robert Ritter Promissory Note |
| 221 | Robert Ritter Deed of Trust |
| 222 | Robert Ritter Assignment of Note and Lien |
| 223 | Transfer of Note and Security Interests |
| 224 | Transfer of Note and Security Interests Marked Paid in Full |
| 225 | Ability Promissory Note |
| 226 | Ability Promissory Note |
| 227 | Ability Promissory Note |
| 228 | Robert Ritter Promissory Note |
| 229 | Robert Ritter Promissory Note |
| 230 | Robert Ritter Promissory Note |
| 231 | Ability Promissory Note |
| 232 | Ability Promissory Note |
| 233 | Ability Promissory Note |
| 234 | Ability Promissory Note |
| 235 | Robert Ritter Promissory Note |
| 236 | Robert Ritter Promissory Note |
| 237 | Robert Ritter Promissory Note |
| 238 | Wells Fargo Letter re Promissory Note |
| 239 | Wells Fargo Letter re Promissory Note |
| 240 | Letter re Tenant's Response to Landlord's Notice of Right of First Refusal |
| 250 | H2R Stock Certificate |
| 251 | Sherri Mofid K-1 |

| Number | Exhibit Description |
|---|---|
| 252 | Sale and Transfer Agreement |
| 260 | Robert Ritter Bankruptcy Creditors |
| 261 | Motion for Relief from Automatic Stay |
| 262 | Application for Approval of Employment of Counsel |
| 263 | Motion for Authority to Draw Down Retainer |
| 264 | Motion for Authority to Draw Down Retainer |
| 265 | Motion for Authority to Draw Down Retainer |
| 266 | Motion to Dismiss Chapter 11 Case |
| 267 | Order Granting Motion to Dismiss Chapter 11 Case |
| 270 | Stock Partnership Agreement |
| 271 | Modification of Stock Partnership Agreement |
| 272 | Robert Ritter and Sherri Mofid Joint TD Ameritrade Account |
| 273 | Real Estate Partnership and Joint Venture Agreement |
| 274 | Real Estate Partnership and Joint Venture Agreement Extension |
| 280 | Robert Ritter Promissory Note |
| 281 | Robert Ritter Promissory Note |
| 282 | Management/Consulting Agreement |
| 283 | Business Proposal Letter |
| 284 | Robert Ritter Promissory Note |

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

### *CERTIFICATE OF SERVICE*

I hereby certify this Motion was electronically filed, and Assistant United States Ethan Womble was electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ Jeff Kearney*
JEFF KEARNEY