IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| JAMSHID NORYIAN (1) | |
|   a.k.a JAMES NORYIAN | |
| DEHSHID NOURIAN (2) | |
|   a.k.a DAVID NOURIAN | NO. 3:17-cr-00155-L |
| CHRISTOPHER RYDBERG (3) | |
| MICHAEL TABA (7) | |

**DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) NOTICE OF INTENT TO OFFER CERTIFIED DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY**

Defendant Jamshid "James" Noryian through undersigned counsel submits this Notice of Intent to Offer Certified Domestic Records of Regularly Conducted Activity, pursuant to Federal Rules of Evidence 902(11) and 803(6). Defendant James Noryian provides formal notice of intent to offer the following certified records:

| Number | Exhibit Description |
|:---:|:---:|
| 1 | Ability Pharmacy Board of Pharmacy Records |
| 2 | Industrial & Family Pharmacy Board of Pharmacy Records |
| 3 | Park Row Pharmacy Board of Pharmacy Records |
| 10 | Ability Pharmacy Secretary of State Records |
| 11 | Industrial & Family Pharmacy Secretary of State Records |
| 12 | Park Row Pharmacy Secretary of State Records |
| 20 | Ability Pharmacy Financial Records |
| 21 | Industrial & Family Pharmacy Financial Records |

| Number | Exhibit Description |
|:---:|:---:|
| 22 | Park Row Pharmacy Financial Records |
| 30 | Ability Pharmacy 2015 Tax Records |
| 31 | Ability Pharmacy 2016 Tax Records |
| 32 | Industrial & Family Pharmacy 2015 Tax Records |
| 33 | Industrial & Family Pharmacy 2016 Tax Records |
| 34 | Park Row Pharmacy 2015 Tax Records |
| 35 | Park Row Pharmacy 2016 Tax Records |
| 36 | Ability Pharmacy 2022 Tax Records |
| 37 | Bandoola Pharmaceutical 2015 Tax Records |
| 38 | Bandoola Pharmaceutical 2016 Tax Records |
| 40 | Ace Queen Secretary of State Records |
| 41 | Ace King Secretary of State Records |
| 42 | Bandoola Pharmaceuticals Secretary of State Records |
| 43 | HJLM Holding Secretary of State Records |
| 44 | Jade and Joy Holding Secretary of State Records |
| 45 | Queen Shiva Secretary of State Records |
| 50 | Ace Queen Financial Records |
| 51 | Bandoola Pharmaceutical Financial Records |
| 52 | HJLM Holding Secretary of State Records |
| 53 | Jade and Joy Holding Secretary of State Records |
| 54 | Queen Shiva Secretary of State Records |
| 111 | Taba Loan Repayments |
| 126 | Taba Construction Repayments |

| Number | Exhibit Description |
|:---:|:---:|
| 200 | Special Warranty Deed |
| 201 | Special Warranty Deed |
| 202 | Special Warranty Deed |
| 204 | Special Warranty Deed |
| 205 | Warranty Deed |
| 206 | Assignment of Rents |
| 207 | Extension of Real Estate Note and Lien |
| 208 | Mineral Deed |
| 209 | Special Warranty Deed |
| 210 | General Warranty Deed |
| 211 | Mineral Deed |
| 212 | Special Warranty Deed |
| 213 | Release of Lien |
| 214 | UCC Financing Statement |
| 215 | UCC Financing Statement |
| 260 | Robert Ritter Bankruptcy Creditors |
| 261 | Motion for Relief from Automatic Stay |
| 262 | Application for Approval of Employment of Counsel |
| 263 | Motion for Authority to Draw Down Retainer |
| 264 | Motion for Authority to Draw Down Retainer |
| 265 | Motion for Authority to Draw Down Retainer |
| 266 | Motion to Dismiss Chapter 11 Case |

Respectfully submitted,

*/s/ Jeff Kearney*
JEFF KEARNEY
Texas Bar Number: 11139500
CATHERINE STANLEY
Texas Bar Number: 24110542
KEARNEY LAW FIRM
One Museum Place
3100 West 7th Street, Suite 420
Fort Worth, Texas 76107
jkearney@kearneylawfirm.com
cstanley@kearneylawfirm.com
Phone: 8l7-336-5600
Fax: 817-336-5610

## *CERTIFICATE OF SERVICE*

I hereby certify this Motion was electronically filed, and Assistant United States Ethan Womble was electronically served via this Court's Electronic Filing System on the day of filing.

*/s/ Jeff Kearney*
JEFF KEARNEY