IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| JAMSHID NORYIAN (1) | |
|   a.k.a JAMES NORYIAN | |
| DEHSHID NOURIAN (2) | NO.  3:17-cr-00155-L |
|   a.k.a DAVID NOURIAN | |
| CHRISTOPHER RYDBERG (3) | |
| MICHAEL TABA (7) | |

### DEFENDANT JAMSHID "JAMES" NORYIAN'S (1) WITNESS LIST

Defendant Jamshid "James" Noryian through undersigned counsel submits this witness list, pursuant to Rule 16.1 of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court. (ECF No. 540) Defendant Noryian adopts all government and co-defendant witness lists filed in this case and reserves the right to supplement or amend this list, subject to rulings of the Court.

| **Last Name** | **First Name** | **Category** | **Narrative Summary of Testimony** |
|---|---|---|---|
| Afkami | Bijan | Possible | Nourian Family Business Dealings |
| Arnold | T. L. | Possible | Noryian/Nourian Relationship with Ritter |
| Henderson | Joe | Possible | Purchase of Industrial & Family Pharmacy |
| Imtiyazuddin | Mohammed | Possible | Preparation of Tax Returns for Pharmacies and Nourian/Noryian family |
| Jones | Michael | Possible | Noryian/Nourian Relationship with Ritter |
| Jones | Wally | Possible | Noryian/Nourian Real Estate Business |
| McDonald | David | Possible | Noryian/Nourian Real Estate Business |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Nash | John | Possible | Ownership of Ability and Noryian/Nourian Relationship with Ritter |
| Nourian | Leyla | Possible | Noryian/Nourian Real Estate and Loan Business |
| Ritter | Robert | Possible | Business/personal relationship with Nourian/Noryian Family |
| Sager | Jim | Possible | Noryian/Nourian Real Estate Business |
| Schaumberger | Ken | Possible | Noryian/Nourian Real Estate and Loan Business |
| Shirvani | Shiva | Possible | Noryian/Nourian Real Estate and Loan Business |
| Simon | Robert | Possible | Robert Ritter Bankruptcy |
| Tucker | Corey | Possible | Noryian/Nourian Relationship with Ritter |
| Trejo | Jordan | Possible | Operation of Pharmacies |
| Trejo | Josh | Possible | Operation of Pharmacies |
| Van Geisson | Robert "Hump" | Possible | Noryian/Nourian Real Estate Business |
| Vasseur | Gary | Possible | Noryian/Nourian Real Estate Business |
| Wise | Curtis | Possible | Noryian/Nourian Real Estate and Loan Business |

**Potential 702 Witnesses**

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Balto | David | Possible | PBMs and Pharmacy Procedure |

        Respectfully submitted,

        */s/ Jeff Kearney*
        JEFF KEARNEY
        Texas Bar Number: 11139500
        CATHERINE STANLEY
        Texas Bar Number: 24110542
        KEARNEY LAW FIRM
        One Museum Place
        3100 West 7th Street, Suite 420
        Fort Worth, Texas 76107
        jkearney@kearneylawfirm.com
        cstanley@kearneylawfirm.com
        Phone: 8l7-336-5600
        Fax: 817-336-5610

## ***CERTIFICATE OF SERVICE***

    I hereby certify this Motion was electronically filed, and Assistant United States Ethan Womble was electronically served via this Court's Electronic Filing System on the day of filing.

        */s/ Jeff Kearney*
        JEFF KEARNEY