IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal Case **3:17-CR-155-L** |
| § | |
| JAMSHID NORYIAN (01) § | |
| DEHSHID NOURIAN (02) § | |
| CHRISTOPHER RYDBERG (03) § | |
| MICHAEL TABA (07) § | |

## ORDER

Before the court is Christopher Rydberg's Unopposed Motion for Leave to Amend Witness List (Doc. 615), filed August 30, 2023. Defendant Rydberg seeks leave to amend his Witness List to add Special Agent Matthew J. Bailie ("SA Bailie") as a witness in light of a recent discovery production by the Government, which he contends contains witness interview reports by SA Bailie that are inconsistent with prior witness interview reports prepared by SA Bailie regarding the same witnesses. Defendant Rydberg asserts that, "because of this new information," he "wants [SA] Bailie available to call in his case-in-chief *if necessary*." Def.'s Mot. 2 (emphasis added).

The court **carries** the Motion for Leave (Doc. 615). Depending on what witnesses the Government calls in its case-in-chief and how the testimony of these witnesses develops, the Motion for Leave to add SA Bailie to Defendant Rydberg's Witness List may be moot. Additionally, if during his case-in-chief, Defendant Rydberg still wishes to call SA Bailie as a witness, the court will first require him to explain what testimony he expects to elicit from SA Bailie and why he needs any such testimony. Although the Motion for Leave mentions that SA Bailie prepared interview reports of certain witnesses, Defendant Rydberg does not explain which witness reports are at issue or the import of the reports or the witnesses interviewed by SA Bailie.

**It is so ordered** this 31st day of August, 2023.

_____
Sam A. Lindsay
United States District Judge

Order – Page 2