IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Case **3:17-CR-155-L** |
| JAMSHID NORYIAN (01)<br>DEHSHID NOURIAN (02)<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | § § § § § | |

### ORDER

On August 28, 2023, 2022, the parties filed the attached Joint Notice of Agreed Admissible Exhibits (Doc. 612), which contains a list of all exhibits to which the parties agree are admissible for all purposes during the trial of this case. Accordingly, these trial exhibits are hereby **preadmitted** for all purposes, such that the parties need not obtain any further ruling before using these exhibits during the trial of this case.

**It is so ordered** this 11th day of September, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMSHID NORYIAN (01)<br>  a.k.a. JAMES NORYIAN<br>DEHSHID NOURIAN (02)<br>  a.k.a. DAVID NOURIAN<br>CHRISTOPHER RYDBERG (03)<br>MICHAEL TABA (07) | CRIMINAL NO. 3:17-cr-155-L |

## JOINT NOTICE OF AGREED PREADMITTED EXHIBITS

The United States of America, Jamshid Noryian, Dehshid Nourian, Christopher Rydberg, and Michael Taba ("the Parties") jointly file this Notice of Agreed Preadmitted Exhibits pursuant to the Court's July 21, 2023 Order. (*See* Dkt. 540.) No Party objects to the below exhibits. The Parties reserve the right to object at trial to any exhibits not listed below and listed on their respective objections filed with the Court.

### I. GOVERNMENT PREADMITTED EXHIBITS

| GX | DESCRIPTION |
|---|---|
| 100s - Secretary of State Records ||
| 101 | Ability Secretary of State Filings |
| 102 | Industrial and Family Secretary of State Filings |
| 103 | Park Row Pharmacy Secretary of State Filings |
| 104 | Bandoola Secretary of State Filings |
| 105 | HJLM Holding LLC Secretary of State Filings |
| 106 | Queen Shiva LLC Secretary of State Filings |
| 107 | Ace Queen LLC Secretary of State Filings |
| 108 | Ace King LLC Secretary of State Filings |
| 109 | Michael Taba M.D. Secretary of State Filings |
| 110 | Magnum Surgical Products LLC Secretary of State Filings |
| 111 | Jade and Joy LLC Secretary of State Filings |
| 112 | Benson Injury Clinic P.A. Secretary of State Filings |

| GX | DESCRIPTION |
|---|---|
| 500s - Bank Records ||
| 502 | Signature Card for Wells Fargo Account Ending in 6919 |
| 503 | September 8, 2014 Check from Sherri Mofid to Michael Taba for $10,000 |
| 504 | August 14, 2014 Cashier's Check from Sherri Mofid to Michael Taba for $100,000 |
| 505 | September 8, 2014 Cashier's Check Sherrif Mofid to Michael Taba for $90,000 |
| 514 | Deposit Slip for $100,000 to Chase Account Ending in 5614 |
| 515 | Deposit Slip for $90,000 to Chase Account Ending in 5614 |
| 516 | Deposit Slip for $10,000 to Chase Account Ending in 5614 |
| 517 | Deposit Slip for $150,000 to Chase Account Ending in 5614 |
| 518 | Deposit Slip for $70,000 to Chase Account Ending in 5614 |
| 519 | Deposit Slip for $136,600 to Chase Account Ending in 5614 |
| 520 | Deposit Slip for $258,000 to Chase Account Ending in 5614 |
| 521 | Withdrawal Slip for $750,000 from Chase Account Ending in 5614 |
| 522 | November 11, 2015 Check from Michael Taba to Sherri Mofid for $50,000 ending in 5614 |
| 535 | Signature Card for Wells Fargo Account Ending in 8897 |
| 547 | Ennis State Bank Account Ending in 7903 Held in the Name of Kevin Williams |
| 548 | Signature Card for Ennis State Bank Account Ending in 7903 |
| 549 | Deposit Slip for $214,000 to Ennis State Bank Account Ending in 7903 |
| 550 | Deposit Slip for $219,000 to Ennis State Bank Account Ending in 7903 |
| 551 | Deposit Slip for $309,000 to Ennis State Bank Account Ending in 7903 |
| 558 | Signature Card for Wells Fargo Account Ending in 0302 |
| 562 | Signature Card for JP Morgan Chase Account Ending in 9863 |
| 565 | Signature Card for JP Morgan Chase Account Ending in 3462 |
| 573 | Signature Card for Prosperity Bank Account Ending in 9542 |
| 578 | JP Morgan Chase Signature Card for Account Ending in 2280 |
| 579 | January 1-January 29, 2016 Statement for JP Morgan Chase Account Ending in 2280 |
| 580 | May 1-May 29, 2015 Statement for JP Morgan Chase Account Ending in 2280 |
| 581 | October 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 |
| 582 | October 31-November 30, 2015 Statement for JP Morgan Chase Account Ending in 2280 |
| 583 | September 1-30, 2015 Statement for JP Morgan Chase Account Ending in 2280 |
| 585 | Signature Card for Prosperity Bank Account Ending in 6341 |
| 586 | Excerpt from April 30, 2015 Statement for Prosperity Bank Account Ending in 6341 |
| 589 | Signature Card for Bank of America Account Ending in 5271 |
| 601 | Signature Card for BancorpSouth Bank Ending in 5371 |
| 606 | Signature Card for JP Morgan Chase Account Ending in 7273 |
| 600s - Tax Records ||
| 626 | Ability Pharmacy 2015 Form 1120S |
| 627 | Ability 2015 Transcript of Account |
| 628 | Ability 2016 Form 1120S |
| 629 | Second Ability Pharmacy 2016 Form 1120S |
| 630 | Ability 2016 Transcript of Account |
| 632 | Industrial & Family Pharmacy 2015 Form 1120S |
| 633 | Industrial & Family Pharmacy 2015 Transcript of Account |
| 635 | Industrial & Family Pharmacy 2016 Transcript of Account |
| 636 | 2015 Industrial & Pharmacy - Signature Form - Form 8879-S |

| GX | DESCRIPTION |
|---|---|
| 637 | 2016 Industrial & Family Pharmacy - Signature Form - Form 8879-S |
| 640 | Park Row 2015 Form 1120S |
| 641 | Park Row 2015 Transcript of Account |
| 642 | Park Row 2016 Form 1120S |
| 643 | Park Row 2016 Transcript of Account |
| 645 | 2015 Park Row Pharmacy - Signature Form - Form 8879-S |
| 646 | 2016 Park Row Pharmacy - Signature Form - Form 8879-S |
| 651 | Dehshid Nourian 2015 Transcript of Account |
| 654 | Deshid Nourian 2016 Transcript of Account |
| 656 | 2015 Dehshid Nourian - Signature Page - Form 8879 |
| 657 | 2016 Dehshid Nourian - Signature Page - Form 8879 |
| 658 | Ali Khavaramanesh 2015 Form 1040 |
| 659 | Ali Khavaramanesh 2015 Transcript of Account |
| 661 | Robert Ritter 2015 Form 1040 |
| 662 | Robert Ritter 2015 Transcript of Account |
| 664 | Julie Ritter 2015 From 1040 |
| 665 | Julie Ritter 2015 Transcript of Account |
| 667 | Bandoola 2015 Form 1065 |
| 668 | Bandoola 2015 Transcript of Account |
| 669 | Bandoola 2016 Form 1065 |
| 670 | Bandoola 2016 Transcript of Account |
| 671 | HJLM 2015 Form 1065 |
| 672 | HJLM 2015 Transcript of Account |
| 673 | HJLM 2016 Form 1065 |
| 674 | HJLM 2016 Transcript of Account |
| 675 | Jade and Joy 2015 Form 1065 |
| 676 | Jade and Joy 2015 Transcript of Account |

## II. JAMSHID NORYIAN PREADMITTED EXHIBITS

| Ex. | Description |
|---|---|
| 1 | Ability Pharmacy Board of Pharmacy Records |
| 2 | Industrial & Family Pharmacy Board of Pharmacy Records |
| 3 | Park Row Pharmacy Board of Pharmacy Records |
| 10 | Ability Pharmacy Secretary of State Records |
| 11 | Industrial & Family Pharmacy Secretary of State Records |
| 12 | Park Row Pharmacy Secretary of State Records |
| 20 | Ability Pharmacy Financial Records |
| 21 | Industrial & Family Pharmacy Financial Records |
| 22 | Park Row Pharmacy Financial Records |
| 30 | Ability Pharmacy 2015 Tax Records |
| 31 | Ability Pharmacy 2016 Tax Records |
| 32 | Industrial & Family Pharmacy 2015 Tax Records |
| 33 | Industrial & Family Pharmacy 2016 Tax Records |

| 34  | Park Row Pharmacy 2015 Tax Records |
|-----|-------------------------------------|
| 35  | Park Row Pharmacy 2016 Tax Records |
| 37  | Bandoola Pharmaceutical 2015 Tax Records |
| 38  | Bandoola Pharmaceutical 2016 Tax Records |
| 40  | Ace Queen Secretary of State Records |
| 41  | Ace King Secretary of State Records |
| 42  | Bandoola Pharmaceuticals Secretary of State Records |
| 43  | HJLM Holding Secretary of State Records |
| 44  | Jade and Joy Holding Secretary of State Records |
| 45  | Queen Shiva Secretary of State Records |
| 50  | Ace Queen Financial Records |
| 51  | Bandoola Pharmaceutical Financial Records |
| 52  | HJLM Holding Secretary of State Records |
| 53  | Jade and Joy Holding Secretary of State Records |
| 54  | Queen Shiva Secretary of State Records |
| 110 | Michael Taba Promissory Note |
| 111 | Taba Loan Repayments |
| 126 | Taba Construction Repayments |
| 130 | Magnum Promissory Note |
| 131 | Magnum Promissory Note |

## III. DEHSHID NOURIAN PREADMITTED EXHIBITS

| Ex. No. | Description |
|---------|-------------|
| 7 | Certified Filing with Secretary of State for Ace King |

## IV. CHRISTOPHER RYDBERG PREADMITTED EXHIBITS

| Ex. No. | Description |
|---------|-------------|
| 1  | SOS - Bandoola Pharmaceutical LLC |
| 2  | SOS - Industrial & Family Pharmacy, Inc. |
| 3  | SOS - Ability Pharmacy, Inc |
| 5  | SOS - Jade and Joy Holding, LLC |
| 6  | SOS - HJLM Holding, LLC |
| 7  | SOS - Queen Shiva LLC |
| 8  | SOS - Park Row Pharmacy, LLC |
| 9  | Jade and Joy Holding LLC 1065 account transcript 2016 |
| 10 | Rydberg MeF Form 1040 2015 |
| 11 | Khavarmanesh 1040 account transcript 2015 |
| 13 | Rydberg 1040 account transcript 2015. |
| 14 | Ability Pharmacy Inc 1120S account transcript 2015 |
| 15 | HJML Holding LLC 1065 account transcript 2016 |
| 16 | Nourian 1040 account transcript 2015 |
| 17 | Bandoola Pharmaceutical LLC 1065 account transcript 2016 |

| Ex. No. | Description |
|---|---|
| 18 | Park Row Pharmacy LLC 1120S account transcript 2016 |
| 19 | Khavarmanesh MeF Form 1040 2015 |
| 20 | Ritter J. 1040 account transcript 2015 |
| 21 | Industrial & Family Pharmacy Inc 1120 account transcript 2015 |
| 22 | HJLM Holdings LLC MeF Form 1065 2015 |
| 23 | HJLM Holdings LLC MeF Form 1065 2016 |
| 24 | Ritter J. MeF Form 1040 2015 |
| 25 | Jade and Joy Holding LLC MeF Form 1065 2015 |
| 26 | Ability Pharmacy Inc MeF Form 1120S 2015 |
| 27 | Bandoola Pharmaceutical LLC MeF Form 1065 2015 |
| 28 | Ability Pharmacy Inc MeF Form 1120S 2016 |
| 29 | Jade and Joy Holding LLC 1065 account transcript 2015 |
| 30 | Park Row Pharmacy LLC MeF Form 1120S 2016 |
| 31 | Industrial & Family Pharmacy Inc MeF Form 1120S 2015 |
| 32 | Park Row Pharmacy LLC 1120S account transcript 2015 |
| 33 | Ritter R. MeF Form 1040 2015 |
| 34 | Ritter R. 1040 account transcript 2015 |
| 35 | HJLM Holding LLC 1065 account transcript 2015 |
| 36 | Nourian 1040 account transcript 2016 |
| 37 | Bandoola Pharmaceutical LLC 1065 account transcript 2015 |
| 38 | Ability Pharmacy Inc 1120S account transcript 2016 |
| 39 | Park Row Pharmacy LLC Form 1120S 2015 |
| 40 | Bandoola Pharmaceutical LLC MeF Form 1065 2016 |
| 41 | Jade and Joy Holding LLC MeF Form 1065 2016 |
| 84 | Industrial Pharmacy - 2016 Signature Form 8879-S |
| 85 | Industrial Pharmacy - 2015 Signature Form 8879-S |
| 86 | Park Row Pharmacy - 2015 Signature Form 8879-S |
| 87 | Park Row Pharmacy - 2016 Signature Form 8879-S |
| 89 | Bandoola 1065 201612 |
| 90 | Jade Joy 1065 2015 |
| 91 | Jade Joy 1065 2016 |
| 92 | HJLM 1065 201512 |
| 93 | HJLM 1065 201612 |
| 249 | Promissory Note |
| 252 | Promissory Notes |

## V.   MICHAEL TABA PREADMITTED EXHIBITS

None.

(continued on the next page)

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION

*/s/ Ethan Womble*
ETHAN WOMBLE
EDWARD E. EMOKPAE
ALEXANDER T. POGOZELSKI
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1100 Commerce Street, 3rd Floor
Dallas, TX 75242
Phone: (214) 258-0468
ethan.womble@usdoj.gov

## CERTIFICATE OF CONFERENCE

On August 28, 2023, I conferred with counsel for all parties in this matter who indicated they join in this notice.

/s/ Ethan Womble
ETHAN WOMBLE
Trial Attorney