# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JAMSHID NORYIAN, et al | Case Number: 3:17-CR-0155-L |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sam A. Lindsay | Womble, Pogozelski, Emokpae | Kearney, Melsheimer, Wirmani, Wells |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 1, 2023 | Charyse Crawford | Tannica Stewart |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES Page 1 of 1 Pages |
|---|---|---|---|---|---|
| | | 11/1/2023 | | | |
| | | Govt Exh -1 Dft. J. Noryian - Exh 1 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Govt Exh - 638<br><br>Dft J. Noryian Exh- 340 | Govt Exhs - 726, 917, 918, 919, 596 (pgs 3, 4, 1776, 1811, 59, 1780, 1806, 1807, 1808, 1809, 1810, 1811, 1812<br><br>Dft J. Noryian Exh- 340;<br><br>Dft Taba Exh- 127(pg 7)<br><br>Dft Rydberg Exhs- 467, 47 | Govt Exhs- 1011, 1016, 1019, 1021-1023; 507(pgs 1-294, 3736-3738, 3754-3787); 510(pgs 1-46, 79-82, 1007, 1008); 577(pgs 1-8, 75-934, 967-1973); 596(pgs 1-2, 17-29, 54-58, 60-255, 1781-1796); 614(pgs 1-479); 927(pgs 485-487, 511-514, 520, 647-661, 663-863); 928(pgs 6-30, 32-131, 290-295, 301-331, 377-408, 411-440); 929(pgs 9-12, 145-296); 930(pgs 1-32, 34-57)<br><br>**1009, 1010, 1012-1015, 1017, 1018, 1020, 1024, 1025 - all demonstrative only** | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |