IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | Criminal Case **3:17-CR-155-L** |
| § | |
| **DEHSHID NOURIAN (02)** § | |
| **CHRISTOPHER RYDBERG (03)** § | |
| **MICHAEL TABA (07)** § | |

# ORDER

Before the court are (1) Defendant Michael Taba's Motion for Rule 29 Judgment of Acquittal (Doc. 711), filed November 6, 2023; (2) Defendant Christopher Rydberg's Motion for Acquittal under Rule 29 (Doc. 712), filed November 6, 2023; and (3) Defendant Dehshid Nourian's oral motion and Brief in Support of The Oral Rule 29(a) Motion for Judgment of Acquittal (Doc. 713), filed November 7, 2023. The court **denies these motions without prejudice** and sets the following briefing schedule for posttrial motions under Federal Rule of Criminal Procedure 29:

Defendants shall file, within 21 days of receiving the complete trial transcript, **one** brief per Defendant setting forth all arguments the court should consider in granting their posttrial motions. The Government shall file its Response within 21 days of Defendants filing their briefs. Defendants may file a Reply within 14 days of the Government's Response. Per the Northern District of Texas's Local Criminal Rules, "brief[s] must not exceed 25 pages (excluding the table of contents and table of authorities) [and] reply brief[s] must not exceed 10 pages." N. Dist. Tex. Loc. Crim. R. 42.7(c). Once the briefing is complete, the court may set a hearing for oral argument in a separate order if it determines that a hearing is necessary.

Each Defendant must set forth specific facts and the applicable law as to each essential element of each offense to show why the Government has failed to prove such essential element by proof beyond a reasonable doubt. The Government must set forth the applicable facts and law to establish why it has proved each essential element of a charged offense by proof beyond a reasonable doubt. Factual citations must include the volume and page number of the trial transcript. Both the Government and all Defendants must cite to Supreme Court or Fifth Circuit authority that supports their respective positions on the law.

**It is so ordered** this 21st day of November, 2023.

Sam A. Lindsay
United States District Judge