IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal Case **3:17-CR-155-L** |
| | § | |
| **JAMSHID NORYIAN (01)** | § | |

## ORDER

On November 3, 2023, the court ordered Defendant Jamshid Noryian ("Defendant") to "be committed to the custody of the Attorney General for placement in a suitable facility where a psychological evaluation can be conducted on him" Order Psychiatric & Psychological Eval. 1 (Doc. 705) (citing 18 U.S.C. § 4241(a)-(b)). The psychological evaluation was ordered to be completed expeditiously and no later than 30 days after Defendant was admitted unless an extension is granted. *Id.* at 2. On December 7, 2023, Defendant self-reported to The Federal Medical Center, Fort Worth ("FMC"). On January 3, 2024, the Forensic Psychologist at FMC, Dr. Leticia Armstrong, informed court staff that Defendant's evaluation would be complete by January 5, 2024, and that for Defendant to be released from FMC, the Receiving and Discharge department at FMC needed an order from the court. On January 5, 2024, the Acting Warden at FMC, Jason Noel, confirmed to court staff that the evaluation is complete. Accordingly, the court **orders** FMC to release Defendant forthwith, subject of course to any administrative processing. Defendant's attorneys **shall** communicate with FMC to coordinate Defendant's release. Upon his release, Defendant **shall** abide by the terms and conditions of pretrial release as previously imposed by the court. *See* Docs. 13 & 517.

**It is so ordered** this 5th day of January, 2024.

Sam A. Lindsay
United States District Judge