IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal Case **3:17-CR-155-L** |
| | § | |
| **JAMSHID NORYIAN (01)** | § | |

## ORDER

Before the court is the Psychiatric Report as to Defendant Jamshid Noryian ("Report") (Doc. 753), filed February 22, 2024. Pursuant to 18 U.S.C. § 4241(c), the court sets this matter for a hearing to determine whether Defendant Noryian is competent to stand trial. The competency hearing shall take place on **Thursday, April 25, 2024, at 10:00 a.m.** The court **directs** the Government to subpoena the Forensic Psychologist at The Federal Medical Center, Fort Worth ("FMC"), Dr. Leticia Armstrong, to testify at this hearing regarding findings in the Report.

The court also **orders** the parties to submit briefing that states their respective position on Defendant Noryian's competency to stand trial. The parties' briefs are due **on or before Thursday, April 4, 2024**, and responses are due within 10 days of the date the opposing party files its brief. The briefs shall not exceed 15 pages, and the responses shall not exceed 5 pages. The parties may not file a reply without leave of court. In addition, the parties are required to file a joint report **by Thursday, April 18, 2024**. This report shall include an exhibit list, proposed exhibits indicating whether they are agreed to, a proposed witness list, and a summary[*] of each witnesses' proposed testimony.

---

[*] A summary means more than just stating the subject matter or topic on which a witness will testify.

**Order – Page 1**

**It is so ordered** this 5th day of March, 2024.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge