IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal Case **3:17-CR-155-L** |
| | § | |
| **JAMSHID NORYIAN (01)** | § | |

# ORDER

Before the court is the parties' Joint Motion to Continue the Competency Hearing and Associated Deadlines ("Joint Motion") (Doc. 772), filed March 25, 2024. Having considered the Joint Motion, file, and relevant law, the court determines that the Joint Motion should be, and hereby is **granted.** Accordingly, the competency hearing set for Thursday, April 25, 2024, at 10:00 a.m., is **reset** for **Tuesday, June 4, 2024, at 10:00 a.m.** The court **directs** the Government to subpoena the Forensic Psychologist at The Federal Medical Center, Fort Worth ("FMC"), Dr. Leticia Armstrong, to testify at this hearing regarding findings in the Psychiatric Report as to Defendant Jamshid Noryian ("Report") (Doc. 753).

The court also **resets** the deadline for the parties to submit the briefing that states their respective position on Defendant Noryian's competency to stand trial, and the deadline for the parties to submit their joint report. Accordingly, the court **orders** the parties to submit their briefs **on or before Tuesday, May 7, 2024**, and **file** responses within 10 days of the date the opposing party files its brief. The briefs shall not exceed 15 pages, and the responses shall not exceed 7[1] pages. The parties may not file a reply without leave of court. In addition, the court **orders** the parties to file their joint report **on or before Tuesday, May 28, 2024**. The joint report shall include

---

[1] The court increases the number of pages the parties are permitted for their responses.

**Order – Page 1**

an exhibit list, proposed exhibits indicating whether they are agreed to, a proposed witness list, and a summary[2] of each witnesses' proposed testimony.

      **It is so ordered** this 26th day of March, 2024.

*[Signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

---

[2] A summary means more than just stating the subject matter or topic on which a witness will testify.

**Order – Page 2**