IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | Criminal Case **3:17-CR-155-L** |
| | § | |
| **JAMSHID NORYIAN (01)** | § | |

## ORDER

Before the court is Defendant's Unopposed Motion to Conduct Competency Hearing via Zoom or, in the Alternative, to Postpone the Hearing ("Motion") (Doc. 825), filed May 29, 2024. Having considered the Motion, file, and relevant law, the court determines that the Motion's alternative request to postpone the hearing should be, and hereby is **granted**. Accordingly, instead of conducting the competency hearing via Zoom, the court **resets** the competency hearing set for Tuesday, June 4, 2024, at 10:00 a.m. to **Tuesday, July 23, 2024, at 10:00 a.m.** The court **directs** the Government to subpoena the Forensic Psychologist at The Federal Medical Center, Fort Worth ("FMC"), Dr. Leticia Armstrong, to testify at this hearing regarding findings in the Psychiatric Report as to Defendant Jamshid Noryian ("Report") (Doc. 753). In addition, the court **orders** the parties to file any updates to their joint report **on or before Tuesday, July 16, 2024**.

**It is so ordered** this 30th day of May, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page